An official website of New York State.
Here's how you know ∨



# Department of State
## Division of Corporations

## Entity Information

[ Return to Results ]  [ Return to Search ]

### Entity Details

**ENTITY NAME:** PARKVIEW HOME TEXTILES, INC.
**DOS ID:** 4895765
**FOREIGN LEGAL NAME:**
**FICTITIOUS NAME:**
**ENTITY TYPE:** DOMESTIC BUSINESS CORPORATION
**DURATION DATE/LATEST DATE OF DISSOLUTION:**
**SECTIONOF LAW:** 402 BCL - BUSINESS CORPORATION LAW
**ENTITY STATUS:** ACTIVE
**DATE OF INITIAL DOS FILING:** 02/12/2016
**REASON FOR STATUS:**
**EFFECTIVE DATE INITIAL FILING:** 02/12/2016
**INACTIVE DATE:**
**FOREIGN FORMATION DATE:**
**STATEMENT STATUS:** PAST DUE DATE
**COUNTY:** KINGS
**NEXT STATEMENT DUE DATE:** 02/28/2018
**JURISDICTION:** NEW YORK, UNITED STATES
**NFP CATEGORY:**

**ENTITY DISPLAY**   **NAME HISTORY**   **FILING HISTORY**   **MERGER HISTORY**   **ASSUMED NAME HISTORY**

Service of Process on the Secretary of State as Agent

The Post Office address to which the Secretary of State shall mail a copy of any process against the corporation served upon the Secretary of State by personal delivery:

**Name:** THE CORPORATION

**Address:** 104 SHERMAN AVENUE, NEW YORK, NY, UNITED STATES, 10034

Electronic Service of Process on the Secretary of State as agent: Not Permitted

Chief Executive Officer's Name and Address

**Name:**

**Address:**

