COVID-19 UPDATE

# 230 Fifth Avenue
## NEW YORK MARKETCENTER™

STAY IN THE KNOW

REGISTER NOW | LOGIN

ABOUT US   VISITOR INFORMATION   DIRECTORY   LEASING   TRADESHOWS

  

## Parkview Home Textiles

230fifthave.com / Parkview Home Textiles

Back To Directory

### Showroom Information

Floor: #13, Suite: #1301
Contact Person Name: Gabi Malakh
Suite Phone: #917-605-6556
Suite Fax: #N/A

### Contact Information

Phone: N/A
Fax: N/A
Email:
Website:

### Product Categories

Home Textiles,

Add to walking list 



Home   Contact Us   Privacy Policy            Join Our Mailing List   Email Address   >     f  y  p