# PURCHASE ORDER:

(INSTYLE HOME DESIGN)
230 5TH AVE ,SUITE 1301
NEW YORK,NY 10001
(646) 476-4540

BH"

| FACTORY: | BILL TO: | ORDER NO: | ISSUE DATE: | ETD DATE | ETA | SHIP TO |
|---|---|---|---|---|---|---|
| HONGKONG HOUSEWARES MFG. CO., LT NO.89, WEIYI ROAD, XIAOGANG BEILUN, NINGBO CHINA | INSTYLE HOME DESIGN 230 5TH AVE ,SUITE 1301 NEW YORK,NY 10001 (646) 476-4540 | 2038 | 1/9/2024 | 3/20/2024 | 4/23/2024 | NEW YORK |
| | | NOTES: | TERMS | FOB: | PRODUCT | |
| | | YES | Due on receipt | NINGBO | MYCROSCULPT FOIL | |

| STYLE | DESCRIPTION | COLOR | QTY | UPC | Case Pk | PRICE EA | AMOUNT |
|---|---|---|---|---|---|---|---|
| KSC-2770 | SCARSDALE MYCROSCULPT METALLIC FOIL SHOWER CURTAIN OPEN STOCK WHITE/SILVER KENSIE PK12 | WHITE SILVER | 1,500 | 676821921536 | 12 | 3.85 | 5,775.00 |
| KSC-2771 | SCARSDALE MYCROSCULPT METALLIC FOIL SHOWER CURTAIN OPEN STOCK AQUA/SILVER KENSIE PK12 | AQUA SILVER | 1,008 | 676821906717 | 12 | 3.85 | 3,880.80 |
| KSC-2772 | SCARSDALE MYCROSCULPT METALLIC FOIL SHOWER CURTAIN OPEN STOCK GREY SILVER KENSIE PK12 | GREY/SILVER | 1,008 | 676821799685 | 12 | 3.85 | 3,880.80 |
| | | | | | | Total | $13,536.60 |

| Phone # | E-mail | Web Site |
|---|---|---|
| (917)605-6556 | Gabi@pvhtextiles.com | |



(INSTYLE HOME DESIGN)
230 5TH AVE ,SUITE 1301
NEW YORK,NY 10001
(646) 476-4540

# PURCHASE ORDER:

BH"

| FACTORY: | BILL TO: | ORDER NO: | ISSUE DATE: | SHIP DESTINATION | EXPECTED DATE |
|---|---|---|---|---|---|
| HONGKONG HOUSEWARES MFG. CO., LT<br>NO.89, WEIYI ROAD, XIAOGANG<br>BEILUN, NINGBO<br>CHINA | INSTYLE HOME DESIGN<br>230 5TH AVE ,SUITE 1301<br>NEW YORK,NY 10001<br>(646) 476-4540 | 2992 | 11/3/2023 | NEW YORK | 2/1/2024 |
| | | SAMPLES CONFIRMED | CANCEL DATE | TERMS | FOB | PRODUCTS |
| | | NO | 2/1/2024 | Due on receipt | NINGBO | 8G PEVA LINER |

| Item | Description | Color | Qty | UPC | Case Pk | Price Ea | Amount |
|---|---|---|---|---|---|---|---|
| PSL-1201 | BROOK 8 GAUGE CLEAR CASE PK 12 | CLEAR | 3,600 | 1 | 12 | 1.45 | 5,220.00 |
| PSL-1202 | BROOK 8 GAUGE COLOR FROSTY PK12 | FROSTY | 3,600 | 1 | 12 | 1.35 | 4,860.00 |
| PSL-1203 | BROOK 8GAUGE PEVA LINER WHITE PK12 | WHITE | 2,400 | 676821606976 | 12 | 1.30 | 3,120.00 |

| Phone # | E-mail | Web Site | Total | $13,200.00 |
|---|---|---|---|---|
| (917)605-6556 | Gabi@pvhtextiles.com | | | |

(INSTYLE HOME DESIGN)
230 5TH AVE ,SUITE 1301
NEW YORK,NY 10001
(646) 476-4540

# PURCHASE ORDER:

BH"

| FACTORY: | BILL TO: | ORDER NO: | ISSUE DATE: | SHIP DESTINATION | EXPECTED DATE |
|---|---|---|---|---|---|
| HONGKONG HOUSEWARES MFG. CO., LT NO.89, WEIYI ROAD, XIAOGANG BEILUN, NINGBO CHINA | INSTYLE HOME DESIGN 230 5TH AVE ,SUITE 1301 NEW YORK,NY 10001 (646) 476-4540 | 2996 | 11/3/2023 | NEW YORK | 3/6/2024 |
| | | SAMPLES CONFIRMED | CANCEL DATE | TERMS | FOB | PRODUCTS |
| | | YES | 3/6/2024 | Due on receipt | NINGBO | 5G NICOLE |

| Item | Description | Color | Qty | UPC | Case Pk | Price Ea | Amount |
|---|---|---|---|---|---|---|---|
| PSL-1304 | NICOLE-5G SHOWER LINER EMBSD COLOR CLEAR/PK24 | CLEAR | 3,600 | 696550277988 | 24 | 1.05 | 3,780.00 |
| PSL-1303 | NICOLE-5G SHOWER LINER PEVA EMBSD COLOR GRAY/PK24 | GRAY 14-4102 | 1,200 | 696550371174 | 24 | 1.05 | 1,260.00 |
| PSL-1320 | NICOLE 5G SHOWER LINER PEVA EMBSD WHITE PK24 | WHITE | 3,600 | 676821647016 | 24 | 1.05 | 3,780.00 |
| PSL-1305 | NICOLE-5G SHOWER LINER EMBSD COLOR BLUSH/PK24 | SPEIA ROSE 14-1803 | 1,200 | 1 | 24 | 1.05 | 1,260.00 |
| PSL-1315 | NICOLE 5G SHOWER LINER EMBSD COLOR BLK 24PK4 | BLK | 3,600 | 676821924773 | 24 | 1.05 | 3,780.00 |

| Phone # | E-mail | Web Site | Total | $13,860.00 |
|---|---|---|---|---|
| (917)605-6556 | Gabi@pvhtextiles.com | | | |

(INSTYLE HOME DESIGN)
230 5TH AVE ,SUITE 1301
NEW YORK,NY 10001
(646) 476-4540

# PURCHASE ORDER:

BH"

| FACTORY: | BILL TO: | ORDER NO: | ISSUE DATE: | SHIP DESTINATION | EXPECTED DATE |
|---|---|---|---|---|---|
| HONGKONG HOUSEWARES MFG. CO., LT NO.89, WEIYI ROAD, XIAOGANG BEILUN, NINGBO CHINA | INSTYLE HOME DESIGN 230 5TH AVE ,SUITE 1301 NEW YORK,NY 10001 (646) 476-4540 | 3015 | 11/22/2023 | NEW YORK | 12/19/2023 |
| | | SAMPLES CONFIRMED | CANCEL DATE | TERMS | FOB | PRODUCTS |
| | | NO | 12/19/2023 | Due on receipt | NINGBO | 6G LINERS |

| Item | Description | Color | Qty | UPC | Case Pk | Price Ea | Amount |
|---|---|---|---|---|---|---|---|
| PSL-1105 | SONOMA LINER 6G CLEAR PK24 | CLEAR | 3,600 | 1 | 24 | 0.98 | 3,528.00 |
| PSL-1106 | SONOMA LINER 6G WHITE PK24 | WHITE | 1,200 | 1 | 24 | 0.98 | 1,176.00 |
| PSL-1107 | SONOMA- LINER 6G FROSTY PK24 | FROSTY | 2,400 | 1 | 24 | 0.98 | 2,352.00 |

| Phone # | E-mail | Web Site | Total | $7,056.00 |
|---|---|---|---|---|
| (917)605-6556 | Gabi@pvhtextiles.com | | | |

# PURCHASE ORDER:

(INSTYLE HOME DESIGN)  
230 5TH AVE ,SUITE 1301  
NEW YORK,NY 10001  
(646) 476-4540

BH"

| FACTORY: | BILL TO: | ORDER NO: | ISSUE DATE: | SHIP DESTINATION | EXPECTED DATE |
|---|---|---|---|---|---|
| HONGKONG HOUSEWARES MFG. CO., LT<br>NO.89, WEIYI ROAD, XIAOGANG BEILUN, NINGBO CHINA | INSTYLE HOME DESIGN<br>230 5TH AVE ,SUITE 1301<br>NEW YORK,NY 10001<br>(646) 476-4540 | 3017 | 11/22/2023 | NEW YORK | 1/10/2024 |
| | | SAMPLES CONFIRMED | CANCEL DATE | TERMS | FOB | PRODUCTS |
| | | NO | 1/10/2024 | Due on receipt | NINGBO | 6G LINERS |

| Item | Description | Color | Qty | UPC | Case Pk | Price Ea | Amount |
|---|---|---|---|---|---|---|---|
| PSL-1105 | SONOMA LINER 6G CLEAR PK24 | CLEAR | 3,600 | 1 | 24 | 0.98 | 3,528.00 |
| PSL-1107 | SONOMA- LINER 6G FROSTY PK24 | FROSTY | 2,400 | 1 | 24 | 0.98 | 2,352.00 |

| Phone # | E-mail | Web Site | Total | $5,880.00 |
|---|---|---|---|---|
| (917)605-6556 | Gabi@pvhtextiles.com | | | |

(INSTYLE HOME DESIGN)
230 5TH AVE ,SUITE 1301
NEW YORK,NY 10001
(646) 476-4540

# PURCHASE ORDER:

BH"

| FACTORY: | BILL TO: | ORDER NO: | ISSUE DATE: | SHIP DESTINATION | EXPECTED DATE |
|---|---|---|---|---|---|
| HONGKONG HOUSEWARES MFG. CO., LT NO.89, WEIYI ROAD, XIAOGANG BEILUN, NINGBO CHINA | INSTYLE HOME DESIGN 230 5TH AVE ,SUITE 1301 NEW YORK,NY 10001 (646) 476-4540 | 3018 | 11/22/2023 | NEW YORK | 12/21/2023 |
| | | SAMPLES CONFIRMED | CANCEL DATE | TERMS | FOB | PRODUCTS |
| | | NO | 12/21/2023 | Due on receipt | NINGBO | 8G PEVA LINER |

| Item | Description | Color | Qty | UPC | Case Pk | Price Ea | Amount |
|---|---|---|---|---|---|---|---|
| PSL-1201 | BROOK 8 GAUGE CLEAR CASE PK 12 | CLEAR | 3,600 | 1 | 12 | 1.40 | 5,040.00 |
| PSL-1202 | BROOK 8 GAUGE COLOR FROSTY PK12 | FROSTY | 2,400 | 1 | 12 | 1.25 | 3,000.00 |
| PSL-1203 | BROOK 8GAUGE PEVA LINER WHITE PK12 | WHITE | 1,200 | 676821606976 | 12 | 1.25 | 1,500.00 |

| Phone # | E-mail | Web Site | Total | $9,540.00 |
|---|---|---|---|---|
| (917)605-6556 | Gabi@pvhtextiles.com | | | |

(INSTYLE HOME DESIGN)
230 5TH AVE ,SUITE 1301
NEW YORK,NY 10001
(646) 476-4540

# PURCHASE ORDER:

BH"

| FACTORY: | BILL TO: | ORDER NO: | ISSUE DATE: | SHIP DESTINATION | EXPECTED DATE |
|---|---|---|---|---|---|
| HONGKONG HOUSEWARES MFG. CO., LT NO.89, WEIYI ROAD, XIAOGANG BEILUN, NINGBO CHINA | INSTYLE HOME DESIGN 230 5TH AVE ,SUITE 1301 NEW YORK,NY 10001 (646) 476-4540 | 3019 | 11/22/2023 | NEW YORK | 12/28/2023 |
| | | SAMPLES CONFIRMED | CANCEL DATE | TERMS | FOB | PRODUCTS |
| | | NO | 12/28/2023 | Due on receipt | NINGBO | 8G PEVA LINER |

| Item | Description | Color | Qty | UPC | Case Pk | Price Ea | Amount |
|---|---|---|---|---|---|---|---|
| PSL-1201 | BROOK 8 GAUGE CLEAR CASE PK 12 | CLEAR | 3,600 | 1 | 12 | 1.40 | 5,040.00 |
| PSL-1202 | BROOK 8 GAUGE COLOR FROSTY PK12 | FROSTY | 2,400 | 1 | 12 | 1.25 | 3,000.00 |
| PSL-1203 | BROOK 8GAUGE PEVA LINER WHITE PK12 | WHITE | 1,200 | 676821606976 | 12 | 1.25 | 1,500.00 |
| PSL-1204 | BROOK 8G COLOR GRAY PK12 | GREY | 1,200 | 686186991419 | 12 | 1.25 | 1,500.00 |
| PSL-1205 | BROOK 8G SHOWER LINER BLUSH PK12 | BLUSH | 1,200 | 686186991433 | 12 | 1.25 | 1,500.00 |

| Phone # | E-mail | Web Site | Total | $12,540.00 |
|---|---|---|---|---|
| (917)605-6556 | Gabi@pvhtextiles.com | | | |

(INSTYLE HOME DESIGN)  
230 5TH AVE ,SUITE 1301  
NEW YORK,NY 10001  
(646) 476-4540  

# PURCHASE ORDER:

BH"

| FACTORY: | BILL TO: | ORDER NO: | ISSUE DATE: | SHIP DESTINATION | EXPECTED DATE |
|---|---|---|---|---|---|
| HONGKONG HOUSEWARES MFG. CO., LT NO.89, WEIYI ROAD, XIAOGANG BEILUN, NINGBO CHINA | INSTYLE HOME DESIGN 230 5TH AVE ,SUITE 1301 NEW YORK,NY 10001 (646) 476-4540 | 3020 | 11/22/2023 | NEW YORK | 1/2/2024 |
| | | SAMPLES CONFIRMED | CANCEL DATE | TERMS | FOB | PRODUCTS |
| | | NO | 1/2/2024 | Due on receipt | NINGBO | 8G PEVA LINER |

| Item | Description | Color | Qty | UPC | Case Pk | Price Ea | Amount |
|---|---|---|---|---|---|---|---|
| PSL-1201 | BROOK 8 GAUGE CLEAR CASE PK 12 | CLEAR | 4,200 | 1 | 12 | 1.40 | 5,880.00 |
| PSL-1202 | BROOK 8 GAUGE COLOR FROSTY PK12 | FROSTY | 2,400 | 1 | 12 | 1.25 | 3,000.00 |
| PSL-1203 | BROOK 8GAUGE PEVA LINER WHITE PK12 | WHITE | 1,200 | 676821606976 | 12 | 1.25 | 1,500.00 |
| PSL-1204 | BROOK 8G COLOR GRAY PK12 | GREY | 1,200 | 686186991419 | 12 | 1.25 | 1,500.00 |
| PSL-1205 | BROOK 8G SHOWER LINER BLUSH PK12 | BLUSH | 1,200 | 686186991433 | 12 | 1.25 | 1,500.00 |

| Phone # | E-mail | Web Site | Total | $13,380.00 |
|---|---|---|---|---|
| (917)605-6556 | Gabi@pvhtextiles.com | | | |

(INSTYLE HOME DESIGN)
230 5TH AVE ,SUITE 1301
NEW YORK,NY 10001
(646) 476-4540

# PURCHASE ORDER:

BH"

| FACTORY: | BILL TO: | ORDER NO: | ISSUE DATE: | SHIP DESTINATION | EXPECTED DATE |
|---|---|---|---|---|---|
| HONGKONG HOUSEWARES MFG. CO., LT NO.89, WEIYI ROAD, XIAOGANG BEILUN, NINGBO CHINA | INSTYLE HOME DESIGN 230 5TH AVE ,SUITE 1301 NEW YORK,NY 10001 (646) 476-4540 | 3021 | 11/22/2023 | NEW YORK | 1/10/2024 |
| | | SAMPLES CONFIRMED | CANCEL DATE | TERMS | FOB | PRODUCTS |
| | | NO | 1/10/2024 | Due on receipt | NINGBO | 8G PEVA LINER |

| Item | Description | Color | Qty | UPC | Case Pk | Price Ea | Amount |
|---|---|---|---|---|---|---|---|
| PSL-1201 | BROOK 8 GAUGE CLEAR CASE PK 12 | CLEAR | 4,200 | 1 | 12 | 1.40 | 5,880.00 |
| PSL-1202 | BROOK 8 GAUGE COLOR FROSTY PK12 | FROSTY | 3,600 | 1 | 12 | 1.25 | 4,500.00 |
| PSL-1204 | BROOK 8G COLOR GRAY PK12 | GREY | 1,200 | 686186991419 | 12 | 1.25 | 1,500.00 |
| PSL-1205 | BROOK 8G SHOWER LINER BLUSH PK12 | BLUSH | 1,200 | 686186991433 | 12 | 1.25 | 1,500.00 |
| PSL-1206 | BROOK 8G SHOWER LINER BLUE PK12 | BLUE | 1,200 | 686186991426 | 12 | 1.25 | 1,500.00 |

| Phone # | E-mail | Web Site | Total | $14,880.00 |
|---|---|---|---|---|
| (917)605-6556 | Gabi@pvhtextiles.com | | | |

(INSTYLE HOME DESIGN)
230 5TH AVE ,SUITE 1301
NEW YORK,NY 10001
(646) 476-4540

# PURCHASE ORDER:

BH"

| FACTORY: | BILL TO: | ORDER NO: | ISSUE DATE: | SHIP DESTINATION | EXPECTED DATE |
|---|---|---|---|---|---|
| HONGKONG HOUSEWARES MFG. CO., LT NO.89, WEIYI ROAD, XIAOGANG BEILUN, NINGBO CHINA | INSTYLE HOME DESIGN 230 5TH AVE ,SUITE 1301 NEW YORK,NY 10001 (646) 476-4540 | 3027 | 11/24/2023 | NEW YORK | 12/21/2023 |
| | | SAMPLES CONFIRMED | CANCEL DATE | TERMS | FOB | PRODUCTS |
| | | YES | 12/21/2023 | Due on receipt | NIGBO | 6G LINERS 2ARTW... |

| Item | Description | Color | Qty | UPC | Case Pk | Price Ea | Amount |
|---|---|---|---|---|---|---|---|
| KPSL-1316 | CAPRI PEVA SHOWER LINER 6G CLEAR KENSIE PK24 | CLEAR | 3,600 | 676821995476 | 24 | 0.98 | 3,528.00 |
| KPSL-1318 | SONOMA- LINER 6G FROSTY PK24  NEW PACKAGING | FROSTY | 3,600 | 676821717207 | 24 | 0.98 | 3,528.00 |

| Phone # | E-mail | Web Site | Total | $7,056.00 |
|---|---|---|---|---|
| (917)605-6556 | Gabi@pvhtextiles.com | | | |

(INSTYLE HOME DESIGN)
230 5TH AVE ,SUITE 1301
NEW YORK,NY 10001
(646) 476-4540

# PURCHASE ORDER:

BH"

| FACTORY: | BILL TO: | ORDER NO: | ISSUE DATE: | SHIP DESTINATION | EXPECTED DATE |
|---|---|---|---|---|---|
| HONGKONG HOUSEWARES MFG. CO., LT NO.89, WEIYI ROAD, XIAOGANG BEILUN, NINGBO CHINA | INSTYLE HOME DESIGN 230 5TH AVE ,SUITE 1301 NEW YORK,NY 10001 (646) 476-4540 | 3028 | 11/24/2023 | NEW YORK | 12/21/2023 |
| | | SAMPLES CONFIRMED | CANCEL DATE | TERMS | FOB | PRODUCTS |
| | | YES | 12/21/2023 | Due on receipt | NIGBO | 6G LINERS 2ARTW... |

| Item | Description | Color | Qty | UPC | Case Pk | Price Ea | Amount |
|---|---|---|---|---|---|---|---|
| KPSL-1316 | CAPRI PEVA SHOWER LINER 6G CLEAR KENSIE PK24 | CLEAR | 3,600 | 676821995476 | 24 | 0.98 | 3,528.00 |
| KPSL-1318 | SONOMA- LINER 6G FROSTY PK24 | FROSTY | 3,600 | 676821717207 | 24 | 0.98 | 3,528.00 |
| | NEW PACKAGING | | | | | | |

| Phone # | E-mail | Web Site | **Total** | $7,056.00 |
|---|---|---|---|---|
| (917)605-6556 | Gabi@pvhtextiles.com | | | |

(INSTYLE HOME DESIGN)
230 5TH AVE ,SUITE 1301
NEW YORK,NY 10001
(646) 476-4540

# PURCHASE ORDER:

BH"

| FACTORY: | BILL TO: | ORDER NO: | ISSUE DATE: | SHIP DESTINATION | EXPECTED DATE |
|---|---|---|---|---|---|
| HONGKONG HOUSEWARES MFG. CO., LT NO.89, WEIYI ROAD, XIAOGANG BEILUN, NINGBO CHINA | INSTYLE HOME DESIGN 230 5TH AVE ,SUITE 1301 NEW YORK,NY 10001 (646) 476-4540 | 3029 | 11/26/2023 | NEW YORK | 1/17/2024 |
| | | SAMPLES CONFIRMED | CANCEL DATE | TERMS | FOB | PRODUCTS |
| | | NO | 1/17/2024 | Due on receipt | NINGBO | 6G LINERS |

| Item | Description | Color | Qty | UPC | Case Pk | Price Ea | Amount |
|---|---|---|---|---|---|---|---|
| PSL-1105 | SONOMA LINER 6G CLEAR PK24 | CLEAR | 3,600 | 1 | 24 | 0.98 | 3,528.00 |
| PSL-1106 | SONOMA LINER 6G WHITE PK24 | WHITE | 1,200 | 1 | 24 | 0.98 | 1,176.00 |
| PSL-1107 | SONOMA- LINER 6G FROSTY PK24 | FROSTY | 2,400 | 1 | 24 | 0.98 | 2,352.00 |

| Phone # | E-mail | Web Site | Total | $7,056.00 |
|---|---|---|---|---|
| (917)605-6556 | Gabi@pvhtextiles.com | . | | |

(INSTYLE HOME DESIGN)
230 5TH AVE ,SUITE 1301
NEW YORK,NY 10001
(646) 476-4540

# PURCHASE ORDER:

BH"

| FACTORY: | BILL TO: | ORDER NO: | ISSUE DATE: | SHIP DESTINATION | EXPECTED DATE |
|---|---|---|---|---|---|
| HONGKONG HOUSEWARES MFG. CO., LT NO.89, WEIYI ROAD, XIAOGANG BEILUN, NINGBO CHINA | INSTYLE HOME DESIGN 230 5TH AVE ,SUITE 1301 NEW YORK,NY 10001 (646) 476-4540 | 3030 | 11/26/2023 | NEW YORK | 1/17/2024 |
| | | SAMPLES CONFIRMED | CANCEL DATE | TERMS | FOB | PRODUCTS |
| | | NO | 1/17/2024 | Due on receipt | NINGBO | 6G LINERS |

| Item | Description | Color | Qty | UPC | Case Pk | Price Ea | Amount |
|---|---|---|---|---|---|---|---|
| PSL-1105 | SONOMA LINER 6G CLEAR PK24 | CLEAR | 3,600 | 1 | 24 | 0.98 | 3,528.00 |
| PSL-1107 | SONOMA- LINER 6G FROSTY PK24 | FROSTY | 2,400 | 1 | 24 | 0.98 | 2,352.00 |
| PSL-1108 | SONOMA LINER 6G GRAY PK24 | GRAY | 1,200 | 1 | 24 | 0.98 | 1,176.00 |
| PSL-1110 | SONOMA LINER 6G BLUSH PK24 | BLUSH | 1,200 | 1 | 24 | 0.98 | 1,176.00 |

| Phone # | E-mail | Web Site | Total | $8,232.00 |
|---|---|---|---|---|
| (917)605-6556 | Gabi@pvhtextiles.com | | | |