## HONGKONG HOUSEWARES MANUFACTURING CO., LTD.
NO.111, PUTUOSHAN ROAD, BEILUN, NINGBO, 315806, CHINA
TEL: 0086-574-86188558  FAX: 0086-574-86188555
INVOICE

**To:** INSTYLE HOME DESIGN  
**Address:** 230 5TH AVE, SUITE 1301 NEW YORK, NY 10001  
**From:** SHANGHAI CHINA TO NEW YORK USA BY SEA

**PO#:** 3006/3026/3014/3016/2986  
**Invoice No.:** GS03531  
**Container# / Seal#:** ONEU1361025/CN55987AJ  
**Country of Origin:** CHINA  
**Invoice Date:** 5/Feb/24

| PO | ITEM | DESCRIPTION | QTY PER CARTON PCS | TOTAL CARTONS CTNS | TOTAL QTY PCS | UNIT PRICE (FOB SHANGHAI) | TOTAL AMOUNT |
|---|---|---|---|---|---|---|---|
| 3006 | KSC-2770 | SHOWER CURTAIN OPEN STOCK WHITE/SILVER | 12 | 95 | 1,140 | US$3.85 | US$4,389.00 |
| | KSC-2771 | SHOWER CURTAIN OPEN STOCK AQUA/SILVER | 12 | 84 | 1,008 | US$3.85 | US$3,880.80 |
| | KSC-2772 | SHOWER CURTAIN OPEN STOCK GREY SILVER | 12 | 100 | 1,200 | US$3.85 | US$4,620.00 |
| | KSC-2773 | SHOWER CURTAIN OPEN STOCK GREY SILVER | 12 | 80 | 960 | US$3.85 | US$3,696.00 |
| 3026 | KSC-2808 | SHOWER CURTAIN KENSIE BLUSH PK12 | 12 | 94 | 1,128 | US$2.50 | US$2,820.00 |
| | KSC-2809 | SHOWER CURTAIN KENSIE OCHRE PK12 | 12 | 95 | 1,140 | US$2.50 | US$2,850.00 |
| 3014 | KPSL-1316 | PEVA SHOWER LINER 6G CLEAR | 24 | 156 | 3,744 | US$0.98 | US$3,669.12 |
| | KPSL-1317 | PEVA SHOWER LINER 6G WHITE | 24 | 48 | 1,152 | US$0.98 | US$1,128.96 |
| | KPSL-1318 | SONOMA- LINER 6G FROSTY | 24 | 154 | 3,696 | US$0.98 | US$3,622.08 |
| | KPSL-1320 | PEVA SHOWER LINER 6G BLUSH | 24 | 48 | 1,152 | US$0.98 | US$1,128.96 |
| 3016 | PSL-1105 | SONOMA LINER 6G CLEAR PK24 | 24 | 150 | 3,600 | US$0.98 | US$3,528.00 |
| | PSL-1107 | SONOMA- LINER 6G FROSTY PK24 | 24 | 101 | 2,424 | US$0.98 | US$2,375.52 |
| | PSL-1108 | SONOMA LINER 6G GRAY PK24 | 24 | 48 | 1,152 | US$0.98 | US$1,128.96 |
| | PSL-1109 | SONOMA LINER 6G TURQUISE PK24 | 24 | 50 | 1,200 | US$0.98 | US$1,176.00 |
| 2986 | PSL-1105 | SONOMA LINER 6G CLEAR PK24 | 24 | 144 | 3,456 | US$1.00 | US$3,456.00 |
| | PSL-1106 | SONOMA LINER 6G WHITE PK24 | 24 | 102 | 2,448 | US$1.00 | US$2,448.00 |
| | PSL-1107 | SONOMA- LINER 6G FROSTY PK24 | 24 | 145 | 3,480 | US$1.00 | US$3,480.00 |
| **TOTAL** | | | | 1,694 | 34,080 | | US$49,397.400 |
| | | | | | | FREIGHT | US$750.000 |
| | | | | | | | US$50,147.400 |

**Bank information:**  
BENEFICIARY BANK: CHINA ZHESHANG BANK  
ADDRESS: NO.88, ZHONGSHAN WEST ROAD, NINGBO, CHINA  
SWIFT NO.: ZJCBCN2N  
PAYEE'S NAME: HONGKONG HOUSEWARES MANUFACTURING CO., LIMITED  
ACCOUNT NO.: ███████  
TEL: 0086-574-86188558

For and on behalf of  
HONGKONG HOUSEWARES MANUFACTURING CO., LIMITED

*Authorized Signature(s)*



"E"

# HONGKONG HOUSEWARES MANUFACTURING CO., LTD.
NO.111, PUTUOSHAN ROAD, BEILUN, NINGBO, 315806, CHINA
TEL: 0086-574-86188558  FAX: 0086-574-86188555
PACKING LIST

| | | |
|---|---|---|
| To: | INSTYLE HOME DESIGN | |
| Address: | 230 5TH AVE, SUITE 1301 NEW YORK, NY 10001 | |
| From: | SHANGHAI CHINA TO NEW YORK USA BY SEA | |

| | |
|---|---|
| PO#: | 3006/3026/3014/3016/2986 |
| Invoice No.: | GS03531 |
| Container# / Seal#: | ONEU1361025/CN55987AJ |
| Country of Origin: | CHINA |
| Invoice Date: | 5/Feb/24 |

| PO | ITEM | DESCRIPTION | Total Ctns | N.W. PER CTN | G.W. PER CTN | Total N.W. | Total G.W. | TOTAL CBM |
|---|---|---|---|---|---|---|---|---|
| 3006 | KSC-2770 | SHOWER CURTAIN OPEN STOCK WHITE/SILVER | 95 | 8.0 | 8.8 | 760 | 836 | 5.741 |
| | KSC-2771 | SHOWER CURTAIN OPEN STOCK AQUA/SILVER | 84 | 8.0 | 8.8 | 672 | 739 | 5.077 |
| | KSC-2772 | SHOWER CURTAIN OPEN STOCK GREY SILVER | 100 | 8.0 | 8.8 | 800 | 880 | 6.044 |
| | KSC-2773 | SHOWER CURTAIN OPEN STOCK GREY SILVER | 80 | 8.0 | 8.8 | 640 | 704 | 4.835 |
| 3026 | KSC-2808 | SHOWER CURTAIN KENSIE BLUSH PK12 | 94 | 8.3 | 8.8 | 780 | 827 | 2.751 |
| | KSC-2809 | SHOWER CURTAIN KENSIE OCHRE PK12 | 95 | 8.3 | 8.8 | 789 | 836 | 2.780 |
| 3014 | KPSL-1316 | PEVA SHOWER LINER 6G CLEAR | 156 | 11.7 | 12.2 | 1825 | 1903 | 5.111 |
| | KPSL-1317 | PEVA SHOWER LINER 6G WHITE | 48 | 11.7 | 12.2 | 562 | 586 | 1.625 |
| | KPSL-1318 | SONOMA- LINER 6G FROSTY | 154 | 11.7 | 12.2 | 1802 | 1879 | 5.213 |
| | KPSL-1320 | PEVA SHOWER LINER 6G BLUSH | 48 | 11.7 | 12.2 | 562 | 586 | 1.625 |
| 3016 | PSL-1105 | SONOMA LINER 6G CLEAR PK24 | 150 | 11.9 | 12.4 | 1785 | 1860 | 5.378 |
| | PSL-1107 | SONOMA- LINER 6G FROSTY PK24 | 101 | 11.9 | 12.4 | 1202 | 1252 | 3.961 |
| | PSL-1108 | SONOMA LINER 6G GRAY PK24 | 48 | 11.9 | 12.4 | 571 | 595 | 1.882 |
| | PSL-1109 | SONOMA LINER 6G TURQUISE PK24 | 50 | 11.9 | 12.4 | 595 | 620 | 1.961 |
| 2986 | PSL-1105 | SONOMA LINER 6G CLEAR PK24 | 144 | 11.9 | 12.4 | 1714 | 1786 | 4.623 |
| | PSL-1106 | SONOMA LINER 6G WHITE PK24 | 102 | 11.9 | 12.4 | 1214 | 1265 | 3.444 |
| | PSL-1107 | SONOMA- LINER 6G FROSTY PK24 | 145 | 11.9 | 12.4 | 1726 | 1798 | 4.896 |
| TOTAL | | | 1,694 | | | 17997 | 18952 | 66.946 |

SHIPPING MARK

NM

For and on behalf of
HONGKONG HOUSEWARES MANUFACTURING CO., LIMITED

.............................
Authorized Signature(s)

(INSTYLE HOME DESIGN)
230 5TH AVE ,SUITE 1301
NEW YORK,NY 10001
(646) 476-4540

# PURCHASE ORDER:

BH"

| FACTORY: | BILL TO: | ORDER NO: | ISSUE DATE: | SHIP DESTINATION | EXPECTED DATE |
|---|---|---|---|---|---|
| HONGKONG HOUSEWARES MFG. CO., LT<br>NO.89, WEIYI ROAD, XIAOGANG<br>BEILUN, NINGBO<br>CHINA | INSTYLE HOME DESIGN<br>230 5TH AVE ,SUITE 1301<br>NEW YORK,NY 10001<br>(646) 476-4540 | 2986 | 11/2/2023 | NEW YORK | 1/1/2024 |
| | | SAMPLES CONFIRMED | CANCEL DATE | TERMS | FOB | PRODUCTS |
| | | NO | 1/1/2024 | Due on receipt | NINGBO | 6G LINERS |

| Item | Description | Color | Qty | UPC | Case Pk | Price Ea | Amount |
|---|---|---|---|---|---|---|---|
| PSL-1105 | SONOMA LINER 6G CLEAR PK24 | CLEAR | 4,800 | 1 | 24 | 1.00 | 4,800.00 |
| PSL-1106 | SONOMA LINER 6G WHITE PK24 | WHITE | 2,400 | 1 | 24 | 1.00 | 2,400.00 |
| PSL-1107 | SONOMA- LINER 6G FROSTY PK24 | FROSTY | 3,600 | 1 | 24 | 1.00 | 3,600.00 |

| Phone # | E-mail | Web Site | Total | $10,800.00 |
|---|---|---|---|---|
| (917)605-6556 | Gabi@pvhtextiles.com | | | |

| (INSTYLE HOME DESIGN)<br>230 5TH AVE ,SUITE 1301<br>NEW YORK,NY 10001<br>(646) 476-4540 | | | | **PURCHASE ORDER:** | | | | BH" |
|---|---|---|---|---|---|---|---|---|
| FACTORY: | | BILL TO: | | ORDER NO: | ISSUE DATE: | ETD DATE | ETA | SHIP TO |
| HONGKONG HOUSEWARES MFG. CO., LT<br>NO.89, WEIYI ROAD, XIAOGANG BEILUN, NINGBO CHINA | | INSTYLE HOME DESIGN<br>230 5TH AVE ,SUITE 1301<br>NEW YORK,NY 10001<br>(646) 476-4540 | | 3006 | 11/19/2023 | 1/17/2024 | 1/17/2024 | NEW YORK |
| | | | | NOTES: | | TERMS | FOB: | PRODUCT |
| | | | | YES | | Due on receipt | NINGBO | MYCROSCULPT FOIL |
| STYLE | DESCRIPTION | | COLOR | QTY | UPC | Case Pk | PRICE EA | AMOUNT |
| KSC-2770 | SCARSDALE MYCROSCULPT METALLIC FOIL SHOWER CURTAIN OPEN STOCK WHITE/SILVER KENSIE PK12 | | WHITE SILVER | 1,200 | 676821921536 | 12 | 3.85 | 4,620.00 |
| KSC-2771 | SCARSDALE MYCROSCULPT METALLIC FOIL SHOWER CURTAIN OPEN STOCK AQUA/SILVER KENSIE PK12 | | AQUA SILVER | 1,200 | 676821906717 | 12 | 3.85 | 4,620.00 |
| KSC-2772 | SCARSDALE MYCROSCULPT METALLIC FOIL SHOWER CURTAIN OPEN STOCK GREY SILVER KENSIE PK12 | | GREY/SILVER | 1,200 | 676821799685 | 12 | 3.85 | 4,620.00 |
| KSC-2773 | SCARSDALE MYCROSCULPT METALLIC FOIL SHOWER CURTAIN OPEN STOCK GREY SILVER KENSIE PK12 | | BLACK/SILVERQ | 1,008 | 676821897220 | 12 | 3.85 | 3,880.80 |
| | | | | | | | **Total** | $17,740.80 |
| Phone # | | E-mail | | Web Site | | | | |
| (917)605-6556 | | Gabi@pvhtextiles.com | | | | | | |

# PURCHASE ORDER:

(INSTYLE HOME DESIGN)
230 5TH AVE ,SUITE 1301
NEW YORK,NY 10001
(646) 476-4540

BH"

| FACTORY: | BILL TO: | ORDER NO: | ISSUE DATE: | SHIP DESTINATION | EXPECTED DATE |
|---|---|---|---|---|---|
| HONGKONG HOUSEWARES MFG. CO., LT NO.89, WEIYI ROAD, XIAOGANG BEILUN, NINGBO CHINA | INSTYLE HOME DESIGN 230 5TH AVE ,SUITE 1301 NEW YORK,NY 10001 (646) 476-4540 | 3014 | 11/22/2023 | NEW YORK | 12/21/2023 |
| | | SAMPLES CONFIRMED | CANCEL DATE | TERMS | FOB | PRODUCTS |
| | | YES | 12/21/2023 | Due on receipt | NIGBO | 6G LINERS 2ARTW... |

| Item | Description | Color | Qty | UPC | Case Pk | Price Ea | Amount |
|---|---|---|---|---|---|---|---|
| KPSL-1316 | CAPRI PEVA SHOWER LINER 6G CLEAR KENSIE PK24 | CLEAR | 3,600 | 676821995476 | 24 | 0.98 | 3,528.00 |
| KPSL-1317 | CAPRI PEVA SHOWER LINER 6G WHITE KENSIE PK24 | WHITE | 1,200 | 676821765550 | 24 | 0.98 | 1,176.00 |
| KPSL-1318 | SONOMA- LINER 6G FROSTY PK24 | FROSTY | 3,600 | 676821717207 | 24 | 0.98 | 3,528.00 |
| KPSL-1320 | CAPRI PEVA SHOWER LINER 6G BLUSH KENSIE PK24 | BLUSH | 1,200 | 676821909817 | 24 | 0.98 | 1,176.00 |

NEW PACKAGING

| Phone # | E-mail | Web Site | Total | $9,408.00 |
|---|---|---|---|---|
| (917)605-6556 | Gabi@pvhtextiles.com | | | |

# PURCHASE ORDER:

(INSTYLE HOME DESIGN)  
230 5TH AVE, SUITE 1301  
NEW YORK, NY 10001  
(646) 476-4540

BH"

| FACTORY: | BILL TO: | ORDER NO: | ISSUE DATE: | SHIP DESTINATION | EXPECTED DATE |
|---|---|---|---|---|---|
| HONGKONG HOUSEWARES MFG. CO., LT NO.89, WEIYI ROAD, XIAOGANG BEILUN, NINGBO CHINA | INSTYLE HOME DESIGN 230 5TH AVE, SUITE 1301 NEW YORK, NY 10001 (646) 476-4540 | 3016 | 11/22/2023 | NEW YORK | 12/29/2023 |

| | | SAMPLES CONFIRMED | CANCEL DATE | TERMS | FOB | PRODUCTS |
|---|---|---|---|---|---|---|
| | | NO | 12/29/2023 | Due on receipt | NINGBO | 6G LINERS |

| Item | Description | Color | Qty | UPC | Case Pk | Price Ea | Amount |
|---|---|---|---|---|---|---|---|
| PSL-1105 | SONOMA LINER 6G CLEAR PK24 | CLEAR | 3,600 | 1 | 24 | 0.98 | 3,528.00 |
| PSL-1107 | SONOMA- LINER 6G FROSTY PK24 | FROSTY | 2,400 | 1 | 24 | 0.98 | 2,352.00 |
| PSL-1108 | SONOMA LINER 6G GRAY PK24 | GRAY | 1,200 | 1 | 24 | 0.98 | 1,176.00 |
| PSL-1109 | SONOMA LINER 6G TURQUISE PK24 | BLUSH | 1,200 | 1 | 24 | 0.98 | 1,176.00 |

| Phone # | E-mail | Web Site | Total | $8,232.00 |
|---|---|---|---|---|
| (917)605-6556 | Gabi@pvhtextiles.com | | | |

# PURCHASE ORDER:

(INSTYLE HOME DESIGN)
230 5TH AVE ,SUITE 1301
NEW YORK,NY 10001
(646) 476-4540

BH"

| FACTORY: | BILL TO: | ORDER NO: | ISSUE DATE: | ETD DATE | ETA | SHIP TO |
|---|---|---|---|---|---|---|
| HONGKONG HOUSEWARES MFG. CO., LT NO.89, WEIYI ROAD, XIAOGANG BEILUN, NINGBO CHINA | INSTYLE HOME DESIGN 230 5TH AVE ,SUITE 1301 NEW YORK,NY 10001 (646) 476-4540 | 3026 | 11/23/2023 | 12/28/2023 | 12/28/2023 | NEW YORK |
| | | NOTES: | | TERMS | FOB: | PRODUCT |
| | | NO | | Due on receipt | NINGBO | 13PC SC KENSIE |

| STYLE | DESCRIPTION | COLOR | QTY | UPC | Case Pk | PRICE EA | AMOUNT |
|---|---|---|---|---|---|---|---|
| KSC-2808 | CLAYTON OPEN STOCK SHOWER CURTAIN KENSIE BLUSH PK12 | BLUSH | 1,200 | 676821786883 | 12 | 2.50 | 3,000.00 |
| KSC-2809 | CLAYTON OPEN STOCK SHOWER CURTAIN KENSIE OCHRE PK12 | OCHRE | 1,200 | 676821606105 | 12 | 2.50 | 3,000.00 |

**Total** $6,000.00

| Phone # | E-mail | Web Site |
|---|---|---|
| (917)605-6556 | Gabi@pvhtextiles.com | |