# HONGKONG HOUSEWARES MANUFACTURING CO., LTD.

NO.111, PUTUOSHAN ROAD, BEILUN, NINGBO, 315806, CHINA
TEL: 0086-574-86188558  FAX: 0086-574-86188555

## INVOICE

| To: | INSTYLE HOME DESIGN | | | PO#: | 2990/3012/2020/2987/3019/3020 |
|---|---|---|---|---|---|
| Address: | 230 5TH AVE, SUITE 1301 NEW YORK, NY 10001 | | | Invoice No.: | GS03532 |
| | | | | Container# / Seal#: | TRHU5311160/OOLJQX6310 |
| | | | | Country of Origin: | CHINA |
| From: | SHANGHAI CHINA TO NEW YORK USA BY SEA | | | Invoice Date: | 5/Feb/24 |

| PO | ITEM | DESCRIPTION | QTY PER CARTON PCS | TOTAL CARTONS CTNS | TOTAL QTY PCS | UNIT PRICE (FOB SHANGHAI) | TOTAL AMOUNT |
|---|---|---|---|---|---|---|---|
| 2990 | KPSL-1210 | PEVA SHOWER LINERS CLEAR | 12 | 200 | 2,400 | US$1.90 | US$4,560.00 |
| | KPSL-1211 | PEVA LINERS FROSTY | 12 | 200 | 2,400 | US$1.90 | US$4,560.00 |
| 3012 | KPSL-1210 | PEVA SHOWER LINERS CLEAR | 12 | 180 | 2,160 | US$1.90 | US$4,104.00 |
| | KPSL-1211 | PEVA LINERS FROSTY | 12 | 179 | 2,148 | US$1.90 | US$4,081.20 |
| 2020 | KPSL-1307 | BLAKE 5G STRIPE LINER CLEAR | 12 | 200 | 2,400 | US$1.05 | US$2,520.00 |
| | KPSL-1308 | BLAKE 5G STRIPE LINER GREY COLOR | 12 | 200 | 2,400 | US$1.05 | US$2,520.00 |
| | KPSL-1309 | BLAKE 5G STRIPE LINER FROSTY | 12 | 200 | 2,400 | US$1.05 | US$2,520.00 |
| 2987 | PSL-1105 | SONOMA LINER 6G CLEAR PK24 | 24 | 200 | 4,800 | US$1.00 | US$4,800.00 |
| | PSL-1106 | SONOMA LINER 6G WHITE PK24 | 24 | 100 | 2,400 | US$1.00 | US$2,400.00 |
| | PSL-1107 | SONOMA- LINER 6G FROSTY PK24 | 24 | 153 | 3,672 | US$1.00 | US$3,672.00 |
| 3019 | PSL-1204 | BROOK 8G COLOR GRAY PK12 | 12 | 102 | 1,224 | US$1.25 | US$1,530.00 |
| | PSL-1205 | BROOK 8G SHOWER LINER BLUSH PK12 | 12 | 100 | 1,200 | US$1.25 | US$1,500.00 |
| 3020 | PSL-1202 | BROOK 8 GAUGE COLOR FROSTY PK12 | 12 | 200 | 2,400 | US$1.25 | US$3,000.00 |
| | PSL-1204 | BROOK 8G COLOR GRAY PK12 | 12 | 101 | 1,212 | US$1.25 | US$1,515.00 |
| | PSL-1205 | BROOK 8G SHOWER LINER BLUSH PK12 | 12 | 100 | 1,200 | US$1.25 | US$1,500.00 |
| TOTAL | | | | 2,415 | 34,416 | | US$44,782.200 |
| | | | | | | FREIGHT | US$750.000 |
| | | | | | | | US$45,532.200 |

Bank information:
BENEFICIARY BANK:CHINA ZHESHANG BANK
ADDRESS:NO.88,ZHONGSHAN WEST ROAD,NINGBO,CHINA
SWIFT NO.:ZJCBCN2N
PAYEE'S NAME:HONGKONG HOUSEWARES MANUFACTURING CO.,LIMITED
ACCOUNT NO.: ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
TEL:0086-574-86188558

*For and on behalf of*
HONGKONG HOUSEWARES MANUFACTURING CO., LIMITED



························································
*Authorized Signature(s)*



# HONGKONG HOUSEWARES MANUFACTURING CO., LTD.
NO.111, PUTUOSHAN ROAD, BEILUN, NINGBO, 315806, CHINA
TEL: 0086-574-86188558  FAX: 0086-574-86188555

## PACKING LIST

To: INSTYLE HOME DESIGN
Address: 230 5TH AVE, SUITE 1301 NEW YORK, NY 10001

From: SHANGHAI CHINA TO NEW YORK USA BY SEA

PO#: 2990/3012/2020/2987/3019/3020
Invoice No.: GS03532
Container# / Seal#: TRHU5311160/OOLJQX6310
Country of Origin: CHINA
Invoice Date: 5/Feb/24

| PO | ITEM | DESCRIPTION | Total Ctns | N.W. PER CTN | G.W. PER CTN | Total N.W. | Total G.W. | TOTAL CBM |
|---|---|---|---|---|---|---|---|---|
| 2990 | KPSL-1210 | PEVA SHOWER LINERS CLEAR | 200 | 11.6 | 12.1 | 2320 | 2420 | 7.118 |
|  | KPSL-1211 | PEVA LINERS FROSTY | 200 | 11.6 | 12.1 | 2320 | 2420 | 7.806 |
| 3012 | KPSL-1210 | PEVA SHOWER LINERS CLEAR | 180 | 11.6 | 12.1 | 2088 | 2178 | 6.406 |
|  | KPSL-1211 | PEVA LINERS FROSTY | 179 | 11.6 | 12.1 | 2076 | 2166 | 6.987 |
| 2020 | KPSL-1307 | BLAKE 5G STRIPE LINER CLEAR | 200 | 4.6 | 4.9 | 920 | 980 | 3.599 |
|  | KPSL-1308 | BLAKE 5G STRIPE LINER GREY COLOR | 200 | 4.6 | 4.9 | 920 | 980 | 3.599 |
|  | KPSL-1309 | BLAKE 5G STRIPE LINER FROSTY | 200 | 4.6 | 4.9 | 920 | 980 | 3.599 |
| 2987 | PSL-1105 | SONOMA LINER 6G CLEAR PK24 | 200 | 11.9 | 12.4 | 2380 | 2480 | 6.421 |
|  | PSL-1106 | SONOMA LINER 6G WHITE PK24 | 100 | 11.9 | 12.4 | 1190 | 1240 | 3.376 |
|  | PSL-1107 | SONOMA- LINER 6G FROSTY PK24 | 153 | 11.9 | 12.4 | 1821 | 1897 | 5.166 |
| 3019 | PSL-1204 | BROOK 8G COLOR GRAY PK12 | 102 | 7.0 | 7.4 | 714 | 755 | 2.400 |
|  | PSL-1205 | BROOK 8G SHOWER LINER BLUSH PK12 | 100 | 7.0 | 7.4 | 700 | 740 | 2.353 |
| 3020 | PSL-1202 | BROOK 8 GAUGE COLOR FROSTY PK12 | 200 | 7.2 | 7.6 | 1440 | 1520 | 4.471 |
|  | PSL-1204 | BROOK 8G COLOR GRAY PK12 | 101 | 7.2 | 7.6 | 727 | 768 | 2.258 |
|  | PSL-1205 | BROOK 8G SHOWER LINER BLUSH PK12 | 100 | 7.2 | 7.6 | 720 | 760 | 2.236 |
| TOTAL |  |  | 2,415 |  |  | 21256 | 22284 | 67.795 |

SHIPPING MARK

NM

For and on behalf of
HONGKONG HOUSEWARES MANUFACTURING CO., LIMITED

.................................
Authorized Signature(s)

# PURCHASE ORDER:

(INSTYLE HOME DESIGN)
230 5TH AVE ,SUITE 1301
NEW YORK,NY 10001
(646) 476-4540

BH"

| FACTORY: | BILL TO: | ORDER NO: | ISSUE DATE: | SHIP DESTINATION | EXPECTED DATE |
|---|---|---|---|---|---|
| HONGKONG HOUSEWARES MFG. CO., LT NO.89, WEIYI ROAD, XIAOGANG BEILUN, NINGBO CHINA | INSTYLE HOME DESIGN 230 5TH AVE ,SUITE 1301 NEW YORK,NY 10001 (646) 476-4540 | 3020 | 11/22/2023 | NEW YORK | 1/2/2024 |
| | | SAMPLES CONFIRMED | CANCEL DATE | TERMS | FOB | PRODUCTS |
| | | NO | 1/2/2024 | Due on receipt | NINGBO | 8G PEVA LINER |

| Item | Description | Color | Qty | UPC | Case Pk | Price Ea | Amount |
|---|---|---|---|---|---|---|---|
| PSL-1201 | BROOK 8 GAUGE CLEAR CASE PK 12 | CLEAR | 4,200 | 1 | 12 | 1.40 | 5,880.00 |
| PSL-1202 | BROOK 8 GAUGE COLOR FROSTY PK12 | FROSTY | 2,400 | 1 | 12 | 1.25 | 3,000.00 |
| PSL-1203 | BROOK 8GAUGE PEVA LINER WHITE PK12 | WHITE | 1,200 | 676821606976 | 12 | 1.25 | 1,500.00 |
| PSL-1204 | BROOK 8G COLOR GRAY PK12 | GREY | 1,200 | 686186991419 | 12 | 1.25 | 1,500.00 |
| PSL-1205 | BROOK 8G SHOWER LINER BLUSH PK12 | BLUSH | 1,200 | 686186991433 | 12 | 1.25 | 1,500.00 |

| Phone # | E-mail | Web Site | Total | $13,380.00 |
|---|---|---|---|---|
| (917)605-6556 | Gabi@pvhtextiles.com | | | |

# PURCHASE ORDER:

(INSTYLE HOME DESIGN)
230 5TH AVE ,SUITE 1301
NEW YORK,NY 10001
(646) 476-4540

BH"

| FACTORY: | BILL TO: | ORDER NO: | ISSUE DATE: | SHIP DESTINATION | EXPECTED DATE |
|---|---|---|---|---|---|
| HONGKONG HOUSEWARES MFG. CO., LT<br>NO.89, WEIYI ROAD, XIAOGANG BEILUN, NINGBO CHINA | INSTYLE HOME DESIGN<br>230 5TH AVE ,SUITE 1301<br>NEW YORK,NY 10001<br>(646) 476-4540 | 2987 | 11/2/2023 | NEW YORK | 1/25/2024 |
| | | SAMPLES CONFIRMED | CANCEL DATE | TERMS | FOB | PRODUCTS |
| | | NO | 1/25/2024 | Due on receipt | NINGBO | 6G LINERS |

| Item | Description | Color | Qty | UPC | Case Pk | Price Ea | Amount |
|---|---|---|---|---|---|---|---|
| PSL-1105 | SONOMA LINER 6G CLEAR PK24 | CLEAR | 4,800 | 1 | 24 | 1.00 | 4,800.00 |
| PSL-1106 | SONOMA LINER 6G WHITE PK24 | WHITE | 2,400 | 1 | 24 | 1.00 | 2,400.00 |
| PSL-1107 | SONOMA- LINER 6G FROSTY PK24 | FROSTY | 3,600 | 1 | 24 | 1.00 | 3,600.00 |

| Phone # | E-mail | Web Site | Total | $10,800.00 |
|---|---|---|---|---|
| (917)605-6556 | Gabi@pvhtextiles.com | | | |

(INSTYLE HOME DESIGN)
230 5TH AVE ,SUITE 1301
NEW YORK,NY 10001
(646) 476-4540

# PURCHASE ORDER:

BH"

| FACTORY: | BILL TO: | ORDER NO: | ISSUE DATE: | SHIP DESTINATION | EXPECTED DATE |
|---|---|---|---|---|---|
| HONGKONG HOUSEWARES MFG. CO., LT NO.89, WEIYI ROAD, XIAOGANG BEILUN, NINGBO CHINA | INSTYLE HOME DESIGN 230 5TH AVE ,SUITE 1301 NEW YORK,NY 10001 (646) 476-4540 | 2990 | 11/3/2023 | NEW YORK | 12/27/2023 |
| | | SAMPLES CONFIRMED | CANCEL DATE | TERMS | FOB | PRODUCTS |
| | | YES | 12/27/2023 | Due on receipt | NINGBO | 2PK LINERS |

| Item | Description | Color | Qty | UPC | Case Pk | Price Ea | Amount |
|---|---|---|---|---|---|---|---|
| KPSL-1210 | AVERY 2PK PEVA SHOWER LINERS CLEAR PK12 | CLEAR | 2,400 | 676821721945 | 12 | 1.90 | 4,560.00 |
| KPSL-1211 | AVERY 2PK PEVA LINERS FROSTY PK12 | FROSTY | 2,400 | 676821933546 | 12 | 1.90 | 4,560.00 |

| Phone # | E-mail | Web Site | Total | $9,120.00 |
|---|---|---|---|---|
| (917)605-6556 | Gabi@pvhtextiles.com | | | |

| (INSTYLE HOME DESIGN) 230 5TH AVE ,SUITE 1301 NEW YORK,NY 10001 (646) 476-4540 | | | **PURCHASE ORDER:** | | | | BH" |
|---|---|---|---|---|---|---|---|
| FACTORY: | BILL TO: | | ORDER NO: | ISSUE DATE: | SHIP DESTINATION | | EXPECTED DATE |
| HONGKONG HOUSEWARES MFG. CO., LT NO.89, WEIYI ROAD, XIAOGANG BEILUN, NINGBO CHINA | INSTYLE HOME DESIGN 230 5TH AVE ,SUITE 1301 NEW YORK,NY 10001 (646) 476-4540 | | 3012 | 11/22/2023 | NEW YORK | | 12/21/2023 |
| | | | SAMPLES CONFIRMED | CANCEL DATE | TERMS | FOB | PRODUCTS |
| | | | YES | 12/21/2023 | Due on receipt | NINGBO | 2PK LINERS |

| Item | Description | Color | Qty | UPC | Case Pk | Price Ea | Amount |
|---|---|---|---|---|---|---|---|
| KPSL-1210 | AVERY 2PK PEVA SHOWER LINERS CLEAR PK12 | CLEAR | 2,400 | 676821721945 | 12 | 1.90 | 4,560.00 |
| KPSL-1211 | AVERY 2PK PEVA LINERS FROSTY PK12 | FROSTY | 2,400 | 676821933546 | 12 | 1.90 | 4,560.00 |
| | | | | | | **Total** | **$9,120.00** |
| Phone # | E-mail | | Web Site | | | | |
| (917)605-6556 | Gabi@pvhtextiles.com | | | | | | |

# PURCHASE ORDER:

(INSTYLE HOME DESIGN)
230 5TH AVE ,SUITE 1301
NEW YORK,NY 10001
(646) 476-4540

BH"

| FACTORY: | BILL TO: | ORDER NO: | ISSUE DATE: | SHIP DESTINATION | EXPECTED DATE |
|---|---|---|---|---|---|
| HONGKONG HOUSEWARES MFG. CO., LT NO.89, WEIYI ROAD, XIAOGANG BEILUN, NINGBO CHINA | INSTYLE HOME DESIGN 230 5TH AVE ,SUITE 1301 NEW YORK,NY 10001 (646) 476-4540 | 3019 | 11/22/2023 | NEW YORK | 12/28/2023 |
|  |  | SAMPLES CONFIRMED | CANCEL DATE | TERMS | FOB | PRODUCTS |
|  |  | NO | 12/28/2023 | Due on receipt | NINGBO | 8G PEVA LINER |

| Item | Description | Color | Qty | UPC | Case Pk | Price Ea | Amount |
|---|---|---|---|---|---|---|---|
| PSL-1201 | BROOK 8 GAUGE CLEAR CASE PK 12 | CLEAR | 3,600 | 1 | 12 | 1.40 | 5,040.00 |
| PSL-1202 | BROOK 8 GAUGE COLOR FROSTY PK12 | FROSTY | 2,400 | 1 | 12 | 1.25 | 3,000.00 |
| PSL-1203 | BROOK 8GAUGE PEVA LINER WHITE PK12 | WHITE | 1,200 | 676821606976 | 12 | 1.25 | 1,500.00 |
| PSL-1204 | BROOK 8G COLOR GRAY PK12 | GREY | 1,200 | 686186991419 | 12 | 1.25 | 1,500.00 |
| PSL-1205 | BROOK 8G SHOWER LINER BLUSH PK12 | BLUSH | 1,200 | 686186991433 | 12 | 1.25 | 1,500.00 |

**Total** $12,540.00

| Phone # | E-mail | Web Site |
|---|---|---|
| (917)605-6556 | Gabi@pvhtextiles.com | |

# PURCHASE ORDER:

(INSTYLE HOME DESIGN)
230 5TH AVE ,SUITE 1301
NEW YORK,NY 10001
(646) 476-4540

BH"

| FACTORY: | BILL TO: | ORDER NO: | ISSUE DATE: | SHIP DESTINATION | EXPECTED DATE |
|---|---|---|---|---|---|
| HONGKONG HOUSEWARES MFG. CO., LT NO.89, WEIYI ROAD, XIAOGANG BEILUN, NINGBO CHINA | INSTYLE HOME DESIGN 230 5TH AVE ,SUITE 1301 NEW YORK,NY 10001 (646) 476-4540 | 3020 | 11/22/2023 | NEW YORK | 1/2/2024 |
| | | SAMPLES CONFIRMED | CANCEL DATE | TERMS | FOB | PRODUCTS |
| | | NO | 1/2/2024 | Due on receipt | NINGBO | 8G PEVA LINER |

| Item | Description | Color | Qty | UPC | Case Pk | Price Ea | Amount |
|---|---|---|---|---|---|---|---|
| PSL-1201 | BROOK 8 GAUGE CLEAR CASE PK 12 | CLEAR | 4,200 | 1 | 12 | 1.40 | 5,880.00 |
| PSL-1202 | BROOK 8 GAUGE COLOR FROSTY PK12 | FROSTY | 2,400 | 1 | 12 | 1.25 | 3,000.00 |
| PSL-1203 | BROOK 8GAUGE PEVA LINER WHITE PK12 | WHITE | 1,200 | 676821606976 | 12 | 1.25 | 1,500.00 |
| PSL-1204 | BROOK 8G COLOR GRAY PK12 | GREY | 1,200 | 686186991419 | 12 | 1.25 | 1,500.00 |
| PSL-1205 | BROOK 8G SHOWER LINER BLUSH PK12 | BLUSH | 1,200 | 686186991433 | 12 | 1.25 | 1,500.00 |

| Phone # | E-mail | Web Site | Total | $13,380.00 |
|---|---|---|---|---|
| (917)605-6556 | Gabi@pvhtextiles.com | | | |