# HONGKONG HOUSEWARES MANUFACTURING CO., LTD.
NO.111, PUTUOSHAN ROAD, BEILUN, NINGBO, 315806, CHINA
TEL: 0086-574-86188558  FAX: 0086-574-86188555

## COMMERCIAL INVOICE

| To: | INSTYLE HOME DESIGN | | PO#: | 2006/2007/2072/2986/2034 |
| Address: | 230 5TH AVE, SUITE 1301 NEW YORK, NY 10001 | | Invoice No.: | GS03693 |
| | | | Container# / Seal#: | EGSU9739615/EMCSFU5173 |
| | | | Country of Origin: | CHINA |
| From: | SHANGHAI CHINA TO NEW YORK USA BY SEA | | Invoice Date: | 3/Jun/24 |

| PO | ITEM | DESCRIPTION | QTY PER CARTON PCS | TOTAL CARTONS CTNS | TOTAL QTY PCS | UNIT PRICE (FOB SHANGHAI) | TOTAL AMOUNT |
|---|---|---|---|---|---|---|---|
| 2006 | CPS-2403 | STILLWELL 14PC SHOWER SET | 12 | 100 | 1,200 | US$3.00 | US$3,600.00 |
| | CPS-2404 | SPRING HILL 14PC SHOWER SET | 12 | 97 | 1,164 | US$3.00 | US$3,492.00 |
| | CPS-2405 | CANALLI 14PC SHOWER SET | 12 | 100 | 1,200 | US$3.00 | US$3,600.00 |
| | CPS-2406 | HEATHER 14PC SHOWER SET | 12 | 100 | 1,200 | US$3.00 | US$3,600.00 |
| | CPS-2407 | STILLWELL 14PC SHOWER SET | 12 | 101 | 1,212 | US$3.00 | US$3,636.00 |
| | CPS-2376 | MONARCH BUTTERFLY 14PC SHOWER SET | 12 | 100 | 1,200 | US$3.00 | US$3,600.00 |
| 2007 | CPS-2402 | CAVALLINII 14PC SHOWER SET | 12 | 100 | 1,200 | US$2.00 | US$2,400.00 |
| | CPS-2408 | HEATHER 14PC SHOWER SET | 12 | 100 | 1,200 | US$2.00 | US$2,400.00 |
| | CPS-2409 | SPRING HILL 14PC SHOWER SET | 12 | 100 | 1,200 | US$2.00 | US$2,400.00 |
| | CPS-2410 | HYDRANGEA 14PC SHOWER SET | 12 | 100 | 1,200 | US$2.00 | US$2,400.00 |
| | CPS-2382 | SECAUCUS 14PC SHOWER SET | 12 | 100 | 1,200 | US$2.00 | US$2,400.00 |
| 2070 | CPS-2412 | 14PC SHOWER SET | 12 | 84 | 1,008 | US$3.15 | US$3,175.20 |
| | CPS-2413 | 14PC SHOWER SET | 12 | 84 | 1,008 | US$3.15 | US$3,175.20 |
| | CPS-2415 | 14PC SHOWER SET | 12 | 84 | 1,008 | US$3.15 | US$3,175.20 |
| | CPS-2416 | 14PC SHOWER SET | 12 | 84 | 1,008 | US$3.15 | US$3,175.20 |
| 2986 | PSL-1105 | SONOMA LINER 6G CLEAR PK24 | 24 | 56 | 1,344 | US$1.00 | US$1,344.00 |
| | PSL-1107 | SONOMA- LINER 6G FROSTY PK24 | 24 | 5 | 120 | US$1.00 | US$120.00 |
| 2034 | KPSL-1210 | AVERY 2PK PEVA SHOWER LINERS CLEAR PK12 | 12 | 7 | 84 | US$1.90 | US$159.60 |
| | KPSL-1211 | AVERY 2PK PEVA LINERS FROSTY PK12 | 12 | 17 | 204 | US$1.90 | US$387.60 |
| TOTAL | | | | 1,519 | 18,960 | | US$48,240.000 |
| | | | | | | FREIGHT | US$750.000 |
| | | | | | | | US$48,990.000 |

Bank Information:
BENEFICIARY BANK: CHINA ZHESHANG BANK
ADDRESS: NO.88, ZHONGSHAN WEST ROAD, NINGBO, CHINA
SWIFT NO.: ZJCBCN2N
PAYEE'S NAME: HONGKONG HOUSEWARES MANUFACTURING CO., LIMITED
ACCOUNT NO.
TEL: 0086-574-86188558

*For and on behalf of*
HONGKONG HOUSEWARES MANUFACTURING CO., LIMITED

........................................
*Authorized Signature(s)*


"H"



# HONGKONG HOUSEWARES MANUFACTURING CO., LTD.
NO.111, PUTUOSHAN ROAD, BEILUN, NINGBO, 315806, CHINA
TEL: 0086-574-86188558  FAX: 0086-574-86188555

## PACKING LIST

To: INSTYLE HOME DESIGN
Address: 230 5TH AVE, SUITE 1301 NEW YORK, NY 10001

From: SHANGHAI CHINA TO NEW YORK USA BY SEA

PO#: 2006/2007/2072/2986/2034
Invoice No.: GS03693
Container# / Seal#: EGSU9739615/EMCSFU5173
Country of Origin: CHINA
Invoice Date: 3/Jun/24

| PO | ITEM | DESCRIPTION | Total Ctns | N.W. PER CTN | G.W. PER CTN | Total N.W. | Total G.W. | TOTAL CBM |
|---|---|---|---|---|---|---|---|---|
| 2006 | CPS-2403 | STILLWELL 14PC SHOWER SET | 100 | 9.9 | 10.7 | 990 | 1070 | 5.220 |
|  | CPS-2404 | SPRING HILL 14PC SHOWER SET | 97 | 9.9 | 10.7 | 960 | 1038 | 5.063 |
|  | CPS-2405 | CANALLI 14PC SHOWER SET | 100 | 9.9 | 10.7 | 990 | 1070 | 5.220 |
|  | CPS-2406 | HEATHER 14PC SHOWER SET | 100 | 9.9 | 10.7 | 990 | 1070 | 5.220 |
|  | CPS-2407 | STILLWELL 14PC SHOWER SET | 101 | 9.9 | 10.7 | 1000 | 1081 | 5.272 |
|  | CPS-2376 | MONARCH BUTTERFLY 14PC SHOWER SET | 100 | 9.9 | 10.7 | 990 | 1070 | 5.220 |
| 2007 | CPS-2402 | CAVALLINII 14PC SHOWER SET | 100 | 9.9 | 10.6 | 990 | 1060 | 3.890 |
|  | CPS-2408 | HEATHER 14PC SHOWER SET | 100 | 9.9 | 10.6 | 990 | 1060 | 3.890 |
|  | CPS-2409 | SPRING HILL 14PC SHOWER SET | 100 | 9.9 | 10.6 | 990 | 1060 | 3.890 |
|  | CPS-2410 | HYDRANGEA 14PC SHOWER SET | 100 | 9.9 | 10.6 | 990 | 1060 | 3.890 |
|  | CPS-2382 | SECAUCUS 14PC SHOWER SET | 100 | 9.9 | 10.6 | 990 | 1060 | 3.890 |
| 2070 | CPS-2412 | 14PC SHOWER SET | 84 | 10.4 | 11.0 | 874 | 924 | 3.658 |
|  | CPS-2413 | 14PC SHOWER SET | 84 | 10.4 | 11.0 | 874 | 924 | 3.658 |
|  | CPS-2415 | 14PC SHOWER SET | 84 | 10.4 | 11.0 | 874 | 924 | 3.658 |
|  | CPS-2416 | 14PC SHOWER SET | 84 | 10.4 | 11.0 | 874 | 924 | 3.658 |
| 2986 | PSL-1105 | SONOMA LINER 6G CLEAR PK24 | 56 | 10.4 | 10.9 | 582 | 610 | 1.798 |
|  | PSL-1107 | SONOMA- LINER 6G FROSTY PK24 | 5 | 10.4 | 10.9 | 52 | 55 | 0.169 |
| 2034 | KPSL-1210 | AVERY 2PK PEVA SHOWER LINERS CLEAR PK12 | 7 | 11.4 | 11.9 | 80 | 83 | 0.249 |
|  | KPSL-1211 | AVERY 2PK PEVA LINERS FROSTY PK12 | 17 | 11.4 | 11.9 | 194 | 202 | 0.664 |
| TOTAL |  |  | 1,519 |  |  | 15273 | 16345 | 68.178 |

SHIPPING MARK

NM

For and on behalf of
HONGKONG HOUSEWARES MANUFACTURING CO., LIMITED

*(signature)*

.................................
Authorized Signature(s)

(INSTYLE HOME DESIGN)
230 5TH AVE ,SUITE 1301
NEW YORK,NY 10001
(646) 476-4540

# PURCHASE ORDER:

BH"

| FACTORY: | BILL TO: | ORDER NO: | ISSUE DATE: | ETD DATE | ETA | SHIP TO |
|---|---|---|---|---|---|---|
| HONGKONG HOUSEWARES MFG. CO., LT NO.89, WEIYI ROAD, XIAOGANG BEILUN, NINGBO CHINA | INSTYLE HOME DESIGN 230 5TH AVE ,SUITE 1301 NEW YORK,NY 10001 (646) 476-4540 | 2006 | 12/3/2023 | 12/29/2023 | 1/24/2024 | NEW YORK |
|  |  | NOTES: |  | TERMS | FOB: | PRODUCT |
|  |  | NO |  | Due on receipt | NINGBO | 14PC CHENILLE |

| STYLE | DESCRIPTION | COLOR | QTY | UPC | Case Pk | PRICE EA | AMOUNT |
|---|---|---|---|---|---|---|---|
| CPS-2403 | STILLWELL 14PC PEVA SHOWER CURTAIN CHENILLE BATH RUG 17X24 + ROLLER HOOKS GREY PK12 | GREY | 1,200 | 676821817280 | 12 | 3.00 | 3,600.00 |
| CPS-2404 | SPRING HILL 14PC PEVA SHOWER CURTAIN CHENILLE BATH RUG 17X24 + ROLLER HOOKS TAUPE PK12 | TAUPE | 1,200 | 676821509260 | 12 | 3.00 | 3,600.00 |
| CPS-2405 | 14PC CANALLI PEVA SHOWER CURTAIN+Bath rug 17x24 & ROLLER HOOKS PK12 | NAVY | 1,200 | 676821514141 | 12 | 3.00 | 3,600.00 |
| CPS-2406 | 14PC HEATHER PEVA SHOWER CURTAIN +CHENILLE BATH RUG 17X24 & ROLLER HOOKS BLUSH PK12 | BLUSH | 1,200 | 676821681133 | 12 | 3.00 | 3,600.00 |
| CPS-2407 | 14PC STILLWELLPEVA SHOWER CURTAIN +Chenille BATH RUG 17X24 BLUE PK12 | BLUE | 1,200 | 676821701480 | 12 | 3.00 | 3,600.00 |

| 14PC PEVA CHENILLE BATH RUGS | | | | | | Total | $18,000.00 |
|---|---|---|---|---|---|---|---|

| Phone # | E-mail | Web Site |
|---|---|---|
| (917)605-6556 | Gabi@pvhtextiles.com |  |

| (INSTYLE HOME DESIGN) | | | PURCHASE ORDER: | | | | | BH" |
|---|---|---|---|---|---|---|---|---|
| 230 5TH AVE ,SUITE 1301 | | | | | | | | |
| NEW YORK,NY 10001 | | | | | | | | |
| (646) 476-4540 | | | | | | | | |

| FACTORY: | BILL TO: | ORDER NO: | ISSUE DATE: | ETD DATE | ETA | SHIP TO |
|---|---|---|---|---|---|---|
| HONGKONG HOUSEWARES MFG. CO., LT NO.89, WEIYI ROAD, XIAOGANG BEILUN, NINGBO CHINA | INSTYLE HOME DESIGN 230 5TH AVE ,SUITE 1301 NEW YORK,NY 10001 (646) 476-4540 | 2007 | 12/3/2023 | 1/1/2024 | 2/2/2024 | NEW YORK |
| | | NOTES: | | TERMS | FOB: | PRODUCT |
| | | | | Due on receipt | NUNGBO | 14PC PEVA MAT |

| STYLE | DESCRIPTION | COLOR | QTY | UPC | Case Pk | PRICE EA | AMOUNT |
|---|---|---|---|---|---|---|---|
| CPS-2402 | CAVALLINII 14PC PEVA SHOWER & BATH TUB MAT 17X24 + ROLLER HOOKS BLUE PK12 | CLEAR | 1,200 | 676821842671 | 12 | 2.00 | 2,400.00 |
| CPS-2408 | 14PC HEATHER PEVA SHOWER CURTAIN + BATH TUB MAT 17X24 OCHRE PK12 | GREY | 1,200 | 676821759115 | 12 | 2.00 | 2,400.00 |
| CPS-2409 | 14PC PEVA SHOWER CURTAIN + BATH TUB MAT 17X24 BLUE PK12 | BLUE | 1,200 | 676821849748 | 12 | 2.00 | 2,400.00 |
| CPS-2410 | 14PC HYDRANGEA PEVA SHOWER CURTAIN+BATH TUB MAT 17X24 BLUSH PK12 | BLUSH | 1,200 | 676821507839 | 12 | 2.00 | 2,400.00 |
| CPS-2382 | SECAUCUS 14PC PEVA SHOWER CURTAIN & BATH TUB MAT W/C HOOKS MINT PK12 | SOFT SAGE | 1,200 | 676821837820 | 12 | 2.00 | 2,400.00 |

14PC BATH TUB MAT AND PRINTED PEVA SHOWER CURTAIN

**Total** $12,000.00

| Phone # | E-mail | Web Site |
|---|---|---|
| (917)605-6556 | Gabi@pvhtextiles.com | |

(INSTYLE HOME DESIGN)
230 5TH AVE ,SUITE 1301
NEW YORK,NY 10001
(646) 476-4540

# PURCHASE ORDER:

BH"

| FACTORY: | BILL TO: | ORDER NO: | ISSUE DATE: | ETD DATE | ETA | SHIP TO |
|---|---|---|---|---|---|---|
| HONGKONG HOUSEWARES MFG. CO., LT NO.89, WEIYI ROAD, XIAOGANG BEILUN, NINGBO CHINA | INSTYLE HOME DESIGN 230 5TH AVE ,SUITE 1301 NEW YORK,NY 10001 (646) 476-4540 | 2034 | 1/7/2024 | 4/15/2024 | 5/15/2024 | NEW YORK |
| | | NOTES: | | TERMS | FOB: | PRODUCT |
| | | YES | | Due on receipt | NINGBO | 2PK LINERS |

| STYLE | DESCRIPTION | COLOR | QTY | UPC | Case Pk | PRICE EA | AMOUNT |
|---|---|---|---|---|---|---|---|
| KPSL-1210 | AVERY 2PK PEVA SHOWER LINERS CLEAR PK12 | CLEAR | 2,400 | 676821721945 | 12 | 1.90 | 4,560.00 |
| KPSL-1211 | AVERY 2PK PEVA LINERS FROSTY PK12 | FROSTY | 2,400 | 676821933546 | 12 | 1.90 | 4,560.00 |

**Total**  $9,120.00

| Phone # | E-mail | Web Site |
|---|---|---|
| (917)605-6556 | Gabi@pvhtextiles.com | |

# PURCHASE ORDER:

(INSTYLE HOME DESIGN)
230 5TH AVE ,SUITE 1301
NEW YORK,NY 10001
(646) 476-4540

BH"

| FACTORY: | BILL TO: | ORDER NO: | ISSUE DATE: | ETD DATE | ETA | SHIP TO |
|---|---|---|---|---|---|---|
| HONGKONG HOUSEWARES MFG. CO., LT NO.89, WEIYI ROAD, XIAOGANG BEILUN, NINGBO CHINA | INSTYLE HOME DESIGN 230 5TH AVE ,SUITE 1301 NEW YORK,NY 10001 (646) 476-4540 | 2070 | 4/1/2024 | 7/1/2024 | 6/1/2024 | NEW YORK |
| | | NOTES: | TERMS | FOB: | | PRODUCT |
| | | NEW ART WORK | Due on receipt | NINGBO | | 14PC PRINTED SC SET PEVA |

| STYLE | DESCRIPTION | COLOR | QTY | UPC | Case Pk | PRICE EA | AMOUNT |
|---|---|---|---|---|---|---|---|
| CPS-2412 | MONROE 14PC PRINTED FLORAL SHOWER CURTIAN 70X72 WITH PEVA LINER MULTI PK12 | MULTI | 1,008 | 676821916129 | 12 | 3.15 | 3,175.20 |
| CPS-2413 | CONCORD14PC PRINTED FLORAL SHOWER CURTIAN 70X72 WITH PEVA LINER MULTI PK12 | MULTI | 1,008 | 676821593887 | 12 | 3.15 | 3,175.20 |
| CPS-2415 | GLINDA 14PC PRINTED SHOWER CURTIAN 70X72 WITH PEVA LINER MULTI PK12 | MULTI | 1,008 | 676821939166 | 12 | 3.15 | 3,175.20 |
| CPS-2416 | LYNETTE 14PC PRINTED SHOWER CURTIAN BUTTERFLY 70X72 WITH PEVA LINER MULTI PK12 | MULTI | 1,008 | 676821569462 | 12 | 3.15 | 3,175.20 |
| | | | | | | **Total** | $12,700.80 |

| Phone # | E-mail | Web Site |
|---|---|---|
| (917)605-6556 | Gabi@pvhtextiles.com | |

(INSTYLE HOME DESIGN)  
230 5TH AVE ,SUITE 1301  
NEW YORK,NY 10001  
(646) 476-4540

# PURCHASE ORDER:

BH"

| FACTORY: | BILL TO: | ORDER NO: | ISSUE DATE: | SHIP DESTINATION | EXPECTED DATE |
|---|---|---|---|---|---|
| HONGKONG HOUSEWARES MFG. CO., LT NO.89, WEIYI ROAD, XIAOGANG BEILUN, NINGBO CHINA | INSTYLE HOME DESIGN 230 5TH AVE ,SUITE 1301 NEW YORK,NY 10001 (646) 476-4540 | 2986 | 11/2/2023 | NEW YORK | 1/1/2024 |
| | | SAMPLES CONFIRMED | CANCEL DATE | TERMS | FOB | PRODUCTS |
| | | NO | 1/1/2024 | Due on receipt | NINGBO | 6G LINERS |

| Item | Description | Color | Qty | UPC | Case Pk | Price Ea | Amount |
|---|---|---|---|---|---|---|---|
| PSL-1105 | SONOMA LINER 6G CLEAR PK24 | CLEAR | 4,800 | 1 | 24 | 1.00 | 4,800.00 |
| PSL-1106 | SONOMA LINER 6G WHITE PK24 | WHITE | 2,400 | 1 | 24 | 1.00 | 2,400.00 |
| PSL-1107 | SONOMA- LINER 6G FROSTY PK24 | FROSTY | 3,600 | 1 | 24 | 1.00 | 3,600.00 |

| Phone # | E-mail | Web Site | Total | $10,800.00 |
|---|---|---|---|---|
| (917)605-6556 | Gabi@pvhtextiles.com | | | |