# HONGKONG HOUSEWARES MANUFACTURING CO., LTD.
NO.111, PUTUOSHAN ROAD, BEILUN, NINGBO, 315806, CHINA
TEL: 0086-574-86188558  FAX: 0086-574-86188555

## INVOICE

| To: | INSTYLE HOME DESIGN | | | | PO#: | 3012/2975/2991/2033/2034/2030/2031 |
|---|---|---|---|---|---|---|
| Address: | 230 5TH AVE, SUITE 1301 NEW YORK, NY 10001 | | | | Invoice No.: | GS03642 |
| | | | | | Container# / Seal#: | TIIU5213390/EMCSFK2623 |
| | | | | | Country of Origin: | CHINA |
| From: | SHANGHAI CHINA TO NEW YORK USA BY SEA | | | | Invoice Date: | 6/May/24 |

| PO | ITEM | DESCRIPTION | QTY PER CARTON PCS | TOTAL CARTONS CTNS | TOTAL QTY PCS | UNIT PRICE (FOB SHANGHAI) | TOTAL AMOUNT |
|---|---|---|---|---|---|---|---|
| 3012 | KPSL-1210 | AVERY 2PK PEVA SHOWER LINERS CLEAR PK12 | 12 | 20 | 240 | US$1.90 | US$456.00 |
| | KPSL-1211 | AVERY 2PK PEVA LINERS FROSTY PK12 | 12 | 21 | 252 | US$1.90 | US$478.80 |
| 2975 | KPSL-1312 | HEARTS OF LOVE PEVA SHOWER CURTAIN BLK/SILVER | 12 | 133 | 1,596 | US$1.10 | US$1,755.60 |
| | KPSL-1313 | HEARTS OF LOVE PEVA SHOWER CURTAIN SILVER | 12 | 125 | 1,500 | US$1.10 | US$1,650.00 |
| 2991 | PSL-1201 | BROOK 8 GAUGE CLEAR CASE PK 12 | 12 | 300 | 3,600 | US$1.45 | US$5,220.00 |
| | PSL-1202 | BROOK 8 GAUGE COLOR FROSTY PK12 | 12 | 300 | 3,600 | US$1.35 | US$4,860.00 |
| | PSL-1203 | BROOK 8GAUGE PEVA LINER WHITE PK12 | 12 | 200 | 2,400 | US$1.30 | US$3,120.00 |
| 2033 | KPSL-1210 | AVERY 2PK PEVA SHOWER LINERS CLEAR PK12 | 12 | 300 | 3,600 | US$1.90 | US$6,840.00 |
| | KPSL-1211 | AVERY 2PK PEVA LINERS FROSTY PK12 | 12 | 200 | 2,400 | US$1.90 | US$4,560.00 |
| 2034 | KPSL-1210 | AVERY 2PK PEVA SHOWER LINERS CLEAR PK12 | 12 | 193 | 2,316 | US$1.90 | US$4,400.40 |
| | KPSL-1211 | AVERY 2PK PEVA LINERS FROSTY PK12 | 12 | 183 | 2,196 | US$1.90 | US$4,172.40 |
| 2030 | KPSL-1312 | HEARTS OF LOVE PEVA SHOWER CURTAIN BLK/SILVER | 12 | 126 | 1,512 | US$1.10 | US$1,663.20 |
| | KPSL-1313 | HEARTS OF LOVE PEVA SHOWER CURTAIN SILVER | 12 | 253 | 3,036 | US$1.10 | US$3,339.60 |
| 2031 | KPSL-1312 | HEARTS OF LOVE PEVA SHOWER CURTAIN BLK/SILVER | 12 | 128 | 1,536 | US$1.10 | US$1,689.60 |
| | KPSL-1313 | HEARTS OF LOVE PEVA SHOWER CURTAIN SILVER | 12 | 252 | 3,024 | US$1.10 | US$3,326.40 |
| | | | | | | | |
| TOTAL | | | | 2,734 | 32,808 | | US$47,532.000 |
| | | | | | | FREIGHT | US$750.000 |
| | | | | | | | US$48,282.000 |

Bank information:
BENEFICIARY BANK: CHINA ZHESHANG BANK
ADDRESS: NO.88, ZHONGSHAN WEST ROAD, NINGBO, CHINA
SWIFT NO.: ZJCBCN2N
PAYEE'S NAME: HONGKONG HOUSEWARES MANUFACTURING CO., LIMITED
ACCOUNT NO.:
TEL: 0086-574-86188558

*For and on behalf of*
HONGKONG HOUSEWARES MANUFACTURING CO., LIMITED

............................
*Authorized Signature(s)*

"G"

# HONGKONG HOUSEWARES MANUFACTURING CO., LTD.
NO.111, PUTUOSHAN ROAD, BEILUN, NINGBO, 315806, CHINA
TEL: 0086-574-86188558  FAX: 0086-574-86188555

## PACKING LIST

To: INSTYLE HOME DESIGN
Address: 230 5TH AVE, SUITE 1301 NEW YORK, NY 10001

From: SHANGHAI CHINA TO NEW YORK USA BY SEA

PO#: 3012/2975/2991/2033/2034/2030/2031
Invoice No.: GS03642
Container# / Seal#: TIIU5213390/EMCSFK2623
Country of Origin: CHINA
Invoice Date: 6/May/24

| PO | ITEM | DESCRIPTION | Total Ctns | N.W. PER CTN | G.W. PER CTN | Total N.W. | Total G.W. | TOTAL CBM |
|---|---|---|---|---|---|---|---|---|
| 3012 | KPSL-1210 | AVERY 2PK PEVA SHOWER LINERS CLEAR PK12 | 20 | 11.6 | 12.1 | 232 | 242 | 0.712 |
|  | KPSL-1211 | AVERY 2PK PEVA LINERS FROSTY PK12 | 21 | 11.6 | 12.1 | 244 | 254 | 0.820 |
| 2975 | KPSL-1312 | HEARTS OF LOVE PEVA SHOWER CURTAIN BLK/SILVER | 133 | 5.0 | 5.3 | 665 | 705 | 1.962 |
|  | KPSL-1313 | HEARTS OF LOVE PEVA SHOWER CURTAIN SILVER | 125 | 5.0 | 5.3 | 625 | 663 | 1.844 |
| 2991 | PSL-1201 | BROOK 8 GAUGE CLEAR CASE PK 12 | 300 | 7.6 | 8.0 | 2280 | 2400 | 7.731 |
|  | PSL-1202 | BROOK 8 GAUGE COLOR FROSTY PK12 | 300 | 7.0 | 7.4 | 2100 | 2220 | 7.059 |
|  | PSL-1203 | BROOK 8GAUGE PEVA LINER WHITE PK12 | 200 | 7.0 | 7.4 | 1400 | 1480 | 4.706 |
| 2033 | KPSL-1210 | AVERY 2PK PEVA SHOWER LINERS CLEAR PK12 | 300 | 11.4 | 11.9 | 3420 | 3570 | 10.676 |
|  | KPSL-1211 | AVERY 2PK PEVA LINERS FROSTY PK12 | 200 | 11.4 | 11.9 | 2280 | 2380 | 7.806 |
| 2034 | KPSL-1210 | AVERY 2PK PEVA SHOWER LINERS CLEAR PK12 | 193 | 11.4 | 11.9 | 2200 | 2297 | 6.868 |
|  | KPSL-1211 | AVERY 2PK PEVA LINERS FROSTY PK12 | 183 | 11.4 | 11.9 | 2086 | 2178 | 7.143 |
| 2030 | KPSL-1312 | HEARTS OF LOVE PEVA SHOWER CURTAIN BLK/SILVER | 126 | 5.0 | 5.3 | 630 | 668 | 1.858 |
|  | KPSL-1313 | HEARTS OF LOVE PEVA SHOWER CURTAIN SILVER | 253 | 5.0 | 5.3 | 1265 | 1341 | 3.731 |
| 2031 | KPSL-1312 | HEARTS OF LOVE PEVA SHOWER CURTAIN BLK/SILVER | 128 | 5.0 | 5.3 | 640 | 678 | 1.888 |
|  | KPSL-1313 | HEARTS OF LOVE PEVA SHOWER CURTAIN SILVER | 252 | 5.0 | 5.3 | 1260 | 1336 | 3.717 |
| TOTAL |  |  | 2,734 |  |  | 21327 | 22411 | 68.522 |

SHIPPING MARK

NM

For and on behalf of
HONGKONG HOUSEWARES MANUFACTURING CO., LIMITED

........................................
Authorized Signature(s)

# PURCHASE ORDER:

(INSTYLE HOME DESIGN)
230 5TH AVE ,SUITE 1301
NEW YORK,NY 10001
(646) 476-4540

BH"

| FACTORY: | BILL TO: | ORDER NO: | ISSUE DATE: | SHIP DESTINATION | EXPECTED DATE |
|---|---|---|---|---|---|
| HONGKONG HOUSEWARES MFG. CO., LT NO.89, WEIYI ROAD, XIAOGANG BEILUN, NINGBO CHINA | INSTYLE HOME DESIGN 230 5TH AVE ,SUITE 1301 NEW YORK,NY 10001 (646) 476-4540 | 3012 | 11/22/2023 | NEW YORK | 12/21/2023 |
| | | SAMPLES CONFIRMED | CANCEL DATE | TERMS | FOB | PRODUCTS |
| | | YES | 12/21/2023 | Due on receipt | NINGBO | 2PK LINERS |

| Item | Description | Color | Qty | UPC | Case Pk | Price Ea | Amount |
|---|---|---|---|---|---|---|---|
| KPSL-1210 | AVERY 2PK PEVA SHOWER LINERS CLEAR PK12 | CLEAR | 2,400 | 676821721945 | 12 | 1.90 | 4,560.00 |
| KPSL-1211 | AVERY 2PK PEVA LINERS FROSTY PK12 | FROSTY | 2,400 | 676821933546 | 12 | 1.90 | 4,560.00 |

| Phone # | E-mail | Web Site | Total | $9,120.00 |
|---|---|---|---|---|
| (917)605-6556 | Gabi@pvhtextiles.com | | | |

# PURCHASE ORDER:

(INSTYLE HOME DESIGN)
230 5TH AVE ,SUITE 1301
NEW YORK,NY 10001
(646) 476-4540

BH"

| FACTORY: | BILL TO: | ORDER NO: | ISSUE DATE: | SHIP DESTINATION | EXPECTED DATE |
|---|---|---|---|---|---|
| | | 2975 | 10/25/2023 | NEW YORK | 9/12/2023 |
| HONGKONG HOUSEWARES MFG. CO., LT NO.89, WEIYI ROAD, XIAOGANG BEILUN, NINGBO CHINA | INSTYLE HOME DESIGN 230 5TH AVE ,SUITE 1301 NEW YORK,NY 10001 (646) 476-4540 | SAMPLES CONFIRMED | CANCEL DATE | TERMS | FOB | PRODUCTS |
| | | YES | 9/12/2023 | Due on receipt | NINGB | 5G PRINTED PEVA |

| Item | Description | Color | Qty | UPC | Case Pk | Price Ea | Amount |
|---|---|---|---|---|---|---|---|
| KPSL-1312 | HEARTS OF LOVE PEVA SHOWER CURTAIN BLK/SILVER KENSIE PK1 | BLK/SILVER | 1,200 | 676821594310 | 12 | 1.10 | 1,320.00 |
| KPSL-1313 | HEARTS OF LOVE PEVA SHOWER CURTAIN SILVER KENSIE PK12 | FROSTY/SILVER | 1,500 | 676821640833 | 12 | 1.10 | 1,650.00 |

| Phone # | E-mail | Web Site | Total | $2,970.00 |
|---|---|---|---|---|
| (917)605-6556 | Gabi@pvhtextiles.com | | | |

# PURCHASE ORDER:

(INSTYLE HOME DESIGN)
230 5TH AVE ,SUITE 1301
NEW YORK,NY 10001
(646) 476-4540

BH"

| FACTORY: | BILL TO: | ORDER NO: | ISSUE DATE: | SHIP DESTINATION | EXPECTED DATE |
|---|---|---|---|---|---|
| HONGKONG HOUSEWARES MFG. CO., LT NO.89, WEIYI ROAD, XIAOGANG BEILUN, NINGBO CHINA | INSTYLE HOME DESIGN 230 5TH AVE ,SUITE 1301 NEW YORK,NY 10001 (646) 476-4540 | 2991 | 11/3/2023 | NEW YORK | 1/1/2024 |

| | | SAMPLES CONFIRMED | CANCEL DATE | TERMS | FOB | PRODUCTS |
|---|---|---|---|---|---|---|
| | | NO | 1/1/2024 | Due on receipt | NINGBO | 8G PEVA LINER |

| Item | Description | Color | Qty | UPC | Case Pk | Price Ea | Amount |
|---|---|---|---|---|---|---|---|
| PSL-1201 | BROOK 8 GAUGE CLEAR CASE PK 12 | CLEAR | 3,600 | 1 | 12 | 1.45 | 5,220.00 |
| PSL-1202 | BROOK 8 GAUGE COLOR FROSTY PK12 | FROSTY | 3,600 | 1 | 12 | 1.35 | 4,860.00 |
| PSL-1203 | BROOK 8GAUGE PEVA LINER WHITE PK12 | WHITE | 2,400 | 676821606976 | 12 | 1.30 | 3,120.00 |

| Phone # | E-mail | Web Site | Total | $13,200.00 |
|---|---|---|---|---|
| (917)605-6556 | Gabi@pvhtextiles.com | | | |

(INSTYLE HOME DESIGN)
230 5TH AVE ,SUITE 1301
NEW YORK,NY 10001
(646) 476-4540

# PURCHASE ORDER:

BH"

| FACTORY: | BILL TO: | ORDER NO: | ISSUE DATE: | ETD DATE | ETA | SHIP TO |
|---|---|---|---|---|---|---|
| | | 2030 | 1/7/2024 | 2/20/2024 | 3/20/2024 | NEW YORK |
| HONGKONG HOUSEWARES MFG. CO., LT NO.89, WEIYI ROAD, XIAOGANG BEILUN, NINGBO CHINA | INSTYLE HOME DESIGN 230 5TH AVE ,SUITE 1301 NEW YORK,NY 10001 (646) 476-4540 | NOTES: | TERMS | FOB: | | PRODUCT |
| | | YES | Due on receipt | NINGB | | 5G PRINTED PEVA |

| STYLE | DESCRIPTION | COLOR | QTY | UPC | Case Pk | PRICE EA | AMOUNT |
|---|---|---|---|---|---|---|---|
| KPSL-1312 | HEARTS OF LOVE PEVA SHOWER CURTAIN BLK/SILVER KENSIE PK1 | BLK/SILVER | 1,500 | 676821594310 | 12 | 1.10 | 1,650.00 |
| KPSL-1313 | HEARTS OF LOVE PEVA SHOWER CURTAIN SILVER KENSIE PK12 | FROSTY/SILVER | 3,000 | 676821640833 | 12 | 1.10 | 3,300.00 |
| | | | | | | Total | $4,950.00 |

| Phone # | E-mail | Web Site |
|---|---|---|
| (917)605-6556 | Gabi@pvhtextiles.com | |

# PURCHASE ORDER:

(INSTYLE HOME DESIGN)
230 5TH AVE ,SUITE 1301
NEW YORK,NY 10001
(646) 476-4540

BH"

| FACTORY: | BILL TO: | ORDER NO: | ISSUE DATE: | ETD DATE | ETA | SHIP TO |
|---|---|---|---|---|---|---|
| | | 2031 | 1/7/2024 | 3/20/2024 | 4/23/2024 | NEW YORK |
| HONGKONG HOUSEWARES MFG. CO., LT<br>NO.89, WEIYI ROAD, XIAOGANG BEILUN, NINGBO CHINA | INSTYLE HOME DESIGN<br>230 5TH AVE ,SUITE 1301<br>NEW YORK,NY 10001<br>(646) 476-4540 | NOTES: | TERMS | FOB: | | PRODUCT |
| | | YES | Due on receipt | NINGB | | 5G PRINTED PEVA |

| STYLE | DESCRIPTION | COLOR | QTY | UPC | Case Pk | PRICE EA | AMOUNT |
|---|---|---|---|---|---|---|---|
| KPSL-1312 | HEARTS OF LOVE PEVA SHOWER CURTAIN BLK/SILVER KENSIE PK1 | BLK/SILVER | 1,500 | 676821594310 | 12 | 1.10 | 1,650.00 |
| KPSL-1313 | HEARTS OF LOVE PEVA SHOWER CURTAIN SILVER KENSIE PK12 | FROSTY/SILVER | 3,000 | 676821640833 | 12 | 1.10 | 3,300.00 |
| | | | | | | **Total** | $4,950.00 |

| Phone # | E-mail | Web Site |
|---|---|---|
| (917)605-6556 | Gabi@pvhtextiles.com | |

# PURCHASE ORDER:

(INSTYLE HOME DESIGN)
230 5TH AVE ,SUITE 1301
NEW YORK,NY 10001
(646) 476-4540

[BH"]

| FACTORY: | BILL TO: | ORDER NO: | ISSUE DATE: | ETD DATE | ETA | SHIP TO |
|---|---|---|---|---|---|---|
| HONGKONG HOUSEWARES MFG. CO., LT NO.89, WEIYI ROAD, XIAOGANG BEILUN, NINGBO CHINA | INSTYLE HOME DESIGN 230 5TH AVE ,SUITE 1301 NEW YORK,NY 10001 (646) 476-4540 | 2033 | 1/7/2024 | 3/15/2024 | 4/15/2024 | NEW YORK |
| | | NOTES: | | TERMS | FOB: | PRODUCT |
| | | YES | | Due on receipt | NINGBO | 2PK LINERS |

| STYLE | DESCRIPTION | COLOR | QTY | UPC | Case Pk | PRICE EA | AMOUNT |
|---|---|---|---|---|---|---|---|
| KPSL-1210 | AVERY 2PK PEVA SHOWER LINERS CLEAR PK12 | CLEAR | 3,600 | 676821721945 | 12 | 1.90 | 6,840.00 |
| KPSL-1211 | AVERY 2PK PEVA LINERS FROSTY PK12 | FROSTY | 2,400 | 676821933546 | 12 | 1.90 | 4,560.00 |
| | | | | | | **Total** | $11,400.00 |

| Phone # | E-mail | Web Site |
|---|---|---|
| (917)605-6556 | Gabi@pvhtextiles.com | |

# PURCHASE ORDER:

(INSTYLE HOME DESIGN)
230 5TH AVE ,SUITE 1301
NEW YORK,NY 10001
(646) 476-4540

BH"

| FACTORY: | BILL TO: | ORDER NO: | ISSUE DATE: | ETD DATE | ETA | SHIP TO |
|---|---|---|---|---|---|---|
| | | 2034 | 1/7/2024 | 4/15/2024 | 5/15/2024 | NEW YORK |
| HONGKONG HOUSEWARES MFG. CO., LT NO.89, WEIYI ROAD, XIAOGANG BEILUN, NINGBO CHINA | INSTYLE HOME DESIGN 230 5TH AVE ,SUITE 1301 NEW YORK,NY 10001 (646) 476-4540 | NOTES: | | TERMS | FOB: | PRODUCT |
| | | YES | | Due on receipt | NINGBO | 2PK LINERS |

| STYLE | DESCRIPTION | COLOR | QTY | UPC | Case Pk | PRICE EA | AMOUNT |
|---|---|---|---|---|---|---|---|
| KPSL-1210 | AVERY 2PK PEVA SHOWER LINERS CLEAR PK12 | CLEAR | 2,400 | 676821721945 | 12 | 1.90 | 4,560.00 |
| KPSL-1211 | AVERY 2PK PEVA LINERS FROSTY PK12 | FROSTY | 2,400 | 676821933546 | 12 | 1.90 | 4,560.00 |

**Total** $9,120.00

| Phone # | E-mail | Web Site |
|---|---|---|
| (917)605-6556 | Gabi@pvhtextiles.com | |