1:39

< **Chat History for Chester**
2024/5/17

 **Chester 孙政**　　06:12

**If we release these two containers to you, you said you will promise to pay me within two weeks, but what if you can't make the payments then? I want to know the worst situation!**

**Gabi Instyle Home**　　06:14

**worst youll get one**

**Gabi Instyle Home**　　06:14

**but the insurance is you have our ross orders and you have more future orders for us**



1:39

# Chat History for Chest ...
### 2024/5/17



**Chester 孙政**  05:49

**If we release these two containers to you, how long will you need to make payments for these two containers after the release?**

**Gabi Instyle Home**  05:50

**two weeks**

**Gabi Instyle Home**  05:53

**i can have the forwading thats in charge on the cotnainer with us on the phone call**

**Gabi Instyle Home**  05:53

**hes name is LEVI from forwading**

