UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Hong Kong Housewares
Manufacturing Co Ltd.

*(In the space above enter the full name(s) of the plaintiff(s)/petitioner(s).)*

- against -

Jamil Malakh / Gabi Malakh
Parkview Home textiles
Instyle Home Design

*(In the space above enter the full name(s) of the defendant(s)/respondent(s).)*

25 Civ 0091 ( ) ( )

**ANSWER**

## I
### ADMISSIONS AND DENIALS

*In this section, state which factual allegations in the complaint you admit to and which factual allegations you deny. You should refer to the complaint paragraph by paragraph (and sentence by sentence within each paragraph), in the same order as the paragraphs and sentences appear in the complaint. Attach additional sheets of papers as necessary.*

1. 2024 was a difficult year for us and had to shut Down club Cash Flow
2. Many of our customers shut down and we lost money with them
3. Many orders got canceled -
4. We got evicted form our show room - We lost alot of money last year
5. The Factory lawyer is Asking for $365,000 meanwhile those goods
6. are still in china (were not reliable for them)
7. If He can please settle for the 2 containers we had
8. I'd be gratefull & Appricate it.
9. I'm now unemployed and Ask for help & opportunity to reprot myself
10. I'm Disputing the $365,000 goods that are in china claim

Thank you.

Rev. 05/2007                                    1

## II
### DEFENSES

*In this section, state any legal theories that, even assuming that what plaintiff has alleged in the complaint is true, do not permit the plaintiff to win the case. Attach additional sheets of paper as necessary.*

FIRST DEFENSE: _____

SECOND DEFENSE: _____

THIRD DEFENSE: _____

**WHEREFORE** defendant asks this Court to dismiss the complaint and enter judgment in favor of defendant.

*[If you have any counterclaim against the plaintiff that arises out of the same events or transactions stated in the complaint, and/or any crossclaims against the other defendants that arise out of the same events or transactions stated in this complaint, and/or any third-party claims you have against third-parties (that is, someone not already named in the lawsuit) that arise out of the same events or transactions stated in the complaint, you should attach additional sheets of paper to set forth the facts and bases for any such claims. See the Pro Se Manual for a further explanation.]*

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this 7 day of May, 2025

Signature of Defendant: Gabi Meluch

Address: 56 Parkway ct Apt 2
Brooklyn N.Y. 11235

Telephone Number: (917) 605-6556

Fax Number (if you have one): _____

*Rev. 05/2007*                                          2