UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
───────────────────────────────

HONG KONG HOUSEWARES
MANUFACTURING CO. LTD.,
                      Plaintiff,

                  -v-

INSTYLE HOME DESIGN INC., *et al.*,
                      Defendants.

25-CV-91 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

    On July 23, 2025, the Court directed Plaintiff to show cause why this case should not be dismissed for lack of subject matter jurisdiction, stating that if Plaintiff failed to do so on or before July 30, 2025, this action would be dismissed. (ECF No. 30.) Plaintiff has failed to respond.

    Accordingly, this case is dismissed without prejudice to refiling in an appropriate court.

    The Clerk of Court is directed to mail a copy of this order to the *pro se* Defendant's address at 56 Parkway Ct, Brooklyn, NY 11235.

    The Clerk of Court is directed to close this case.

    SO ORDERED.

Dated: August 5, 2025
       New York, New York

                                                      J. PAUL OETKEN
                                              United States District Judge